UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.

RITA A. CRUNDWELL

CASE NUMBER: 12 CR 50027

UNDER SEAL

## GOVERNMENT'S MOTION TO SEAL COMPLAINT, AFFIDAVIT, AND ARREST WARRANT

Now comes the UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and states as follows in support of its Motion to Seal Complaint, Affidavit, and Arrest Warrant:

The public filing of the Complaint, Affidavit, and Arrest Warrant in this matter before the arrest warrant can be executed could alert the defendant and result in her flight and the destruction of evidence.

For this reason, the government respectfully requests that the Complaint, Affidavit, and Arrest Warrant, as well as this Motion to Seal, be sealed until the time of arrest of the defendant in this case or further order of the Court, whichever occurs earlier.

Respectfully submitted,
PATRICK J. FITZGERALD
United States Attorney

By: *Joseph C. Pedersen*
Joseph C. Pedersen
Assistant United States Attorney
327 South Church Street, Suite 3300
Rockford, Illinois 61101
(815) 987-4444

DATE: April 13, 2012

FILED
APR 13 2012
MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court