## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | P. Michael Mahoney | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 CR 50027 - 1 | **DATE** | 4/13/2012 |
| **CASE TITLE** | USA vs. RITA A. CRUNDWELL | | |

**DOCKET ENTRY TEXT:**

Arrest warrant to issue. USA's motion to seal complaint, affidavit, and arrest warrant is granted. Case to be filed under seal until arrest warrant is executed. Enter order.

X For further detail, see order attached.



FILED
APR 13 2012
MAGISTRATE JUDGE P MICHAEL MAHONEY
United States District Court

| | Courtroom Deputy Initials: | GG |
|---|---|---|