# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | P. Michael Mahoney | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 12 CR 50027 - 1 | **DATE** | 4/18/2012 |
| **CASE TITLE** | USA vs. RITA CRUNDWELL | | |

**DOCKET ENTRY TEXT:**

Detention hearing held. Enter order setting conditions of release. Defendant waives right to a preliminary hearing. Court enters finding of probable cause. Status hearing set for May 7, 2012 at 10:30 am.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | GG |
|---|---|---|