**FILED**

MAY 0 1 2012

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case Number: 12-CR-50027
Case Name: **U.S. v. Rita Crundwell**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?
   NO ☐   YES ☒   If the answer is "Yes", list the case number and title of the earliest filed complaint:
   U.S. v. Rita Crundwell, 12-CR-50027

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   NO ☒   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO ☒   YES ☐

6) What level of offense is this indictment or information?   **FELONY** ☒   **MISDEMEANOR** ☐

7) **Does this indictment or information involve eight or more defendants?**   NO ☒   YES ☐

8) Does this indictment or information include a conspiracy count?   NO ☒   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   | | | |
   |---|---|---|
   | ☐ Homicide .............. (II) | ☐ Income Tax Fraud .......... (II) | ☐ DAPCA Controlled Substances .... (III) |
   | ☐ Criminal Antitrust (II) | ☐ Postal Fraud ............ (II) | ☐ Miscellaneous General Offenses .... (IV) |
   | ☐ Bank robbery ........... (II) | ☒ Other Fraud ............ (III) | ☐ Immigration Laws ............. (IV) |
   | ☐ Post Office Robbery ...... (II) | ☐ Auto Theft ............ (IV) | ☐ Liquor, Internal Revenue Laws ..... (IV) |
   | ☐ Other Robbery .......... (II) | ☐ Transporting Forged Securities .. (III) | ☐ Food & Drug Laws ............. (IV) |
   | ☐ Assault ............... (III) | ☐ Forgery ............ (III) | ☐ Motor Carrier Act ............... (IV) |
   | ☐ Burglary ............... (IV) | ☐ Counterfeiting ............ (III) | ☐ Selective Service Act ............ (IV) |
   | ☐ Larceny and Theft ...... (IV) | ☐ Sex Offenses ............ (II) | ☐ Obscene Mail ............... (III) |
   | ☐ Postal Embezzlement ...... (IV) | ☐ DAPCA Marijuana ......... (III) | ☐ Other Federal Statutes .......... (III) |
   | ☐ Other Embezzlement ..... (III) | ☐ DAPCA Narcotics .......... (III) | ☐ Transfer of Probation Jurisdiction .. (V) |

10) List the statute of each of the offenses charged in the indictment or information.
    Title 18, United States Code, Section 1343

_Joseph C. Pedersen_
Joseph C. Pedersen
Assistant United States Attorney

(Revised 12/99)