Property Inventory
U.S. v. Rita Crundwell, 12 CR 50027

| | 1679 U.S. Route 52, Dixon, IL | |
|---|---|---|
| Qty | Description | Location |
| 9 | Large Picnic Tables | Garage |
| 1 | Stone Fire Pit | Garage |
| 1 | Wooden Wagon Wheel Bar | Garage |
| 4 | Wooden Chaise Lounges | Garage |
| 1 | Wooden Bench | Garage |
| 1 | Round Wooden Picnic Table | Garage |
| 8 | Wooden Picnic Chairs | Garage |
| 3 | Wooden Bar Stools | Garage |
| 4 | Leather Bar Stools | Kitchen Bar in House |
| 1 | Wooden Bench | Living Room by glass door |
| 2 | Wooden Cowboy Style Chairs with Cowhide seats and wooden arms carved like a snake | Living Room |
| 1 | Wooden Bar Stool | Living Room |
| 1 | Dining Room Table | Dining Room |
| 6 | Dining Room Chairs | Dining Room |
| 2 | Cowhide Couch (Brown/Black/White) | Dining Room & Sitting Room |
| 1 | Sideboard - weathered wood | Living Room |
| 1 | Couch Leather | Living Room |
| 1 | Leather Chair with ottoman | Living Room |
| 1 | Leather Lazy Boy Style Chair | Living Room |
| 1 | Coffee Table with glass top | Living Room |
| 1 | End Table with glass top | Living Room |
| 3 | Small Cabinet with hammered copper tops | Living Room and Dining Room |
| 1 | Small Drawer table with hammered copper | Living Room |
| 1 | Mitsubishi Giant Screen Television HD1080 Series | Living Room |
| 1 | Toshiba DVD Player | Living Room |
| 1 | Mitsubishi VHS Player | Living Room |
| 1 | Wooden Sideboard with red accents and antler style handles | Entryway |
| 1 | Large Wooden Curio/China Cabinet | Hallway behind Dining Room |
| 1 | Wooden sideboard w/stars | Hallway toward bedroom |
| 1 | Mirror with horns above sideboard | Hallway toward bedroom |
| 1 | Leather Couch | Sitting Room off of bedroom |

Property Inventory
U.S. v. Rita Crundwell, 12 CR 50027

| 1679 U.S. Route 52, Dixon, IL cont. |||
|---|---|---|
| Qty | Description | Location |
| 1 | Leather Love Seat | Sitting Room off of bedroom |
| 1 | Large Wooden Coffee Table | Sitting Room off of bedroom |
| 1 | Wooden Circular Table with gear like pedestal | Sitting Room off of bedroom |
| 1 | Sideboard with glass top - display case like | Sitting Room off of bedroom |
| 2 | Small wooden side table cabinets with cowhide inserts | Sitting Room off of bedroom |
| 1 | Wall clock (rusty metal look) - no brand name | Sitting Room off of bedroom |
| 1 | Mirror wooden with brands on wood | Sitting Room off of bedroom |
| 1 | Wooden Dresser | Bedroom |
| 2 | Bedroom Side tables | Bedroom |
| 1 | Wooden Storage Trunk | Bedroom |
| 1 | King size bed with wooden headboard and footboard | Bedroom |
| 1 | Mitsubishi Giant Screen Television HD1080 Series | Bedroom |
| 1 | Toshiba DVD Player | Bedroom |
| 1 | Mitsubishi VHS Player | Bedroom |
| 1 | Leather Encased Mirror with clock and hat racks | Bedroom |
| 1 | Bose Radio | Bedroom |
| 1 | Leather Chair with ottoman | Bedroom |
| 1 | Leather Chair with wooden arms and legs | Bedroom |
| 1 | Secretary Desk on Wrought Iron style stand | Bedroom |
| 1 | Wooden Chair | Bedroom |
| 1 | Full Length Mirror with cowhide | Bedroom |
| 1 | Wrought Iron Full Length Mirror | Bedroom |
| 1 | Wooden bench with cowhide seat | Bedroom Closet |
| 1 | Tall Armoire Style Cabinet | Bedroom Closet |
| 1 | Wooden Cabinet with cowhide inserts | Bathroom |
| 2 | Wooden Stools with star carving | Hallway |
| 1 | Harmon Kardon HK3370 | Hallway Closet |
| 1 | Russound CAA66 Multi Zone Controller | Hallway Closet |
| 1 | Onkyo 6 Disc CD Changer DX-C390 | Hallway Closet |
| 1 | Whirlpool Duet Washer | Laundry Room |
| 1 | Whirlpool Duet Dryer | Laundry Room |
| 1 | GE Temperature Monitor Freezer | Laundry Room |
| 1 | Large Wooden Bench | Hallway to backdoor |

Property Inventory
U.S. v. Rita Crundwell, 12 CR 50027

| | 1679 U.S. Route 52, Dixon, IL cont. | |
|---|---|---|
| Qty | Description | Location |
| 1 | Replica Remington Cowboy on Horse Statue | Outside Front Door |
| 7 | Fur Coats | Front closet |
| 1 | Kurzweil/Young Chang Grand Piano | |
| 1 | Sligh Meadowbrook 816 Cherry Grandfather Clock | |
| 1 | Leather office chair | Barn (office) |
| 1 | Horse head sculpture | Barn (office) |
| 1 | Couch | Barn (office) |
| 1 | Chair | Barn (office) |
| 1 | Chest | Barn (office) |
| 1 | Washer | Barn (laundry room) |
| 1 | Dryer | Barn (laundry room) |
| 1 | Furnace | Basement of residence |
| 1 | Water softener | Basement of residence |
| 1 | Painting with two horses | Basement of residence |
| 1 | Wooden bench | Basement of residence |
| 1 | Tanning bed | Basement of residence |
| 1 | Armoire | Basement of residence |
| 1 | Treadmill | Basement of residence |
| 1 | Step machine | Basement of residence |
| 1 | Exercise bike | Basement of residence |
| 2 | Nightstands | Basement of residence |
| 2 | Lamps | Basement of residence |
| 1 | Wooden hope chest | Basement of residence |
| 1 | Queen size bed | Basement of residence |
| 1 | Dresser with a mirror | Basement of residence |
| 2 | Paintings of cowboy boots | Basement of residence |
| 1 | ABS machine | Basement of residence |
| 1 | Phillips 50" Television | Basement of residence |
| 1 | Mitsubishi Twin Digital VCR | Basement of residence |
| 1 | Weight bench | Basement of residence |
| 1 | Painting of a horse | Basement of residence |
| 1 | Seven drawer chest | Basement of residence |
| 1 | Clock in a wooden frame | Basement of residence |
| 1 | Pair of spur bookends | Basement of residence |
| 1 | Paper box with a horse picture | Basement of residence |
| 1 | Hat rack with cowboy boots | Basement of residence |
| 1 | Leather bench | Basement of residence |
| 1 | Gourd | Basement of residence |
| 1 | Gun display case (empty) | Basement of residence |
| 1 | Buffalo Bill linen cabinet | Basement of residence |
| 1 | Wagon wheel coffee table | Basement of residence |

Property Inventory
U.S. v. Rita Crundwell, 12 CR 50027

| **1679 U.S. Route 52, Dixon, IL cont.** |||
|---|---|---|
| **Qty** | **Description** | **Location** |
| 1 | Wagon wheel seat | Basement of residence |
| 1 | Linen cabinet | Bathroom in basement |
| 1 | 32" Sunbright Television | Spare bedroom |
| 1 | Wicker basket | Spare bedroom |
| 1 | Full size bed | Spare bedroom |
| 1 | Small stool | Spare bedroom |
| 1 | Round nightstand | Spare bedroom |
| 1 | Lamp with leather shade | Spare bedroom |
| 1 | End table | Spare bedroom |
| 1 | Candleholder with four candles | Spare bedroom |
| 1 | Linen chest | Spare bedroom |
| 1 | 1 Cowhide rug | Spare bedroom |
| 1 | Wall mirror | Spare bedroom |
| 1 | Wooden cask | Spare bedroom |
| 1 | Corner cabinet with four shelves | Spare bedroom |
| 1 | Kerosene lamp | Spare bedroom |
| 1 | Dome clock | Spare bedroom |
| 2 | Statues (cowboy and boot) | Spare bedroom |
| 1 | Small couch | Spare bedroom |
| 1 | Entertainment center | Spare bedroom |
| 1 | Sony 42" Television | Spare bedroom |
| 1 | Mitsubishi VCR | Spare bedroom |
| 1 | Cabinet | Spare bedroom |
| 1 | Coat rack | Office upstairs |
| 1 | Coffee table | Office upstairs |
| 1 | Lamp | Office upstairs |
| 1 | Leather chair with cowhide | Office upstairs |
| 1 | Half of a round table with cowhide | Office upstairs |
| 1 | Leather loveseat | Office upstairs |
| 1 | Matching leather ottoman | Office upstairs |
| 1 | Magazine rack | Office upstairs |
| 1 | Rustic Baker's rack | Office upstairs |
| 2 | Leather containers | Office upstairs |
| 1 | Cask | Office upstairs |
| 1 | Decorative clock | Office upstairs |
| 1 | Large desk | Office upstairs |
| 2 | Printers | Office upstairs |
| 1 | Desk hutch | Office upstairs |
| 2 | File cabinets (one is large/one is small) | Office upstairs |
| 1 | Foot stool | Office upstairs |
| 2 | Leather chairs | Office upstairs |

| 1679 U.S. Route 52, Dixon, IL cont. | | |
|---|---|---|
| Qty | Description | Location |
| 1 | Hot tub | Outside (pool area) |
| 1 | Lounge swing | Outside (pool area) |
| 1 | Decorative rock speakers | Outside (pool area) |
|  | Lawn Equipment - weed wacker, lawnmower, blower | Garage |
| 1 | Arena Horse Walker | Outside behind Swimming Pool |
| 1 | 2008 Bobcat frontloader, model S250, VIN: A5GM20991 | Barn |
| 4 | Wheelbarrows | Barn |
| 3 | Horse blankets | Barn (laundry room) |
| 1 | Portable arena fence | Barn |
| 3 | Weather vanes | On roof of barn |
| 1 | Windmill | Outside of barn |
|  | Large Aluminum Tub with miscellaneous items | Garage |
| 8 to 10 | Mineral Lick Blocks for Horses | Garage |
|  | ShopVac | Garage |
|  | Assorted Clothing Items seized on April 17, 2012 |  |
| 12 | Miscellaneous artwork seized on April 17, 2012 |  |

| 1556 Red Barn Road, Dixon, Illinois | | |
|---|---|---|
| Qty | Description | Location |
| 1 | Round wood & leather table | Trophy room |
| 1 | Brown & cream gourd | Trophy room |
| 1 | Wood and glass couch table | Trophy room |
| 1 | Wood chest | Trophy room |
| 2 | 3' brown wood small round tables with a glass top | Trophy room |
| 1 | Leather frame mirror with horns | Trophy room |
| 1 | Picture of cowboy by Chris Owens | Trophy room |
| 1 | Small liquor cabinet | Kitchen of Trophy |
| 2 | Decorative bowls | Kitchen of Trophy |
| 2 | Decorative vases | Kitchen of Trophy |
| 1 | Three star wall decoration | Trophy room |
| 3 | Vases on shelves | Trophy room |
| 1 | Half water barrel with handle | Trophy room |
| 3 | Candlestick holders | Trophy room |
| 1 | Crock | Trophy room |
| 1 | Mirror w/ torquoise stones | Bathroom of Trophy room |
| 1 | Vase | Bathroom of Trophy room |
| 1 | Small ceramic vase | Trophy room |

| | 1556 Red Barn Road, Dixon, Illinois cont. | |
|---|---|---|
| Qty | Description | Location |
| 2 | Leather chairs (one is animal hide & the other chair has fringe on the bottom) | Trophy room |
| 1 | Couch (multi-brown leather) | Trophy room |
| 1 | Brown leather loveseat w/ fringe | Trophy room |
| 1 | Large wooden coffee table | Trophy room |
| 6 | Leather bar stools | Trophy room |
| 8 | Leather Director's chairs | Trophy room |
| 1 | Round table (approx. 4')(leather top with metal legs) | Trophy room |
| 2 | Round chairs (match table) | Trophy room |
| 2 | Square chairs (leather seats have fringe) | Trophy room |
| 2 | Large paintings with a horse | Trophy room |
| 1 | Sideboard table with ornamental iron legs & cowhide top | Trophy room |
| 1 | Lamp (black metal w/ cream shade) on sideboard table | Trophy room |
| 1 | Large wooden sideboard with 2 center draws and 2 hinged cabinets | Trophy room |
| 1 | Brown wooden table made w/ planks | Trophy room |
| 1 | Lamp with brown leather lampshade | Trophy room |
| 1 | Brown leather gourd with a dragonfly | Trophy room |
| 1 | Lamp (approx. 3') made with a rifle and cream leather lampshade | Trophy room |
| 1 | Small wooden chest | Trophy room |
| 1 | Three candle set | Trophy room |
| 1 | Dark brown gourd | Trophy room |
| 1 | Wooden dish with six candles | Trophy room |
| 1 | Small steer skull | Trophy room |
| 1 | Metal lamp with tan leather shade | Trophy room |
| 1 | Metal cowboy sculpture | Trophy room |
| 1 | Mirror horse halter | |
| 3 | Cowboy boots sculptures | Trophy room |
| 1 | Replica Remington sculpture "Trooper on the Plains" | Trophy room |
| 1 | Wooden magazine container | Trophy room |
| 1 | Wooden decorative box with lid | Trophy room |
| 1 | Metal cup holder with horseshoes | Trophy room |
| 1 | White vase with leather straps | Trophy room |
| 1 | Replica Remington Sculpture of Cowboy on Bucking Horse | At Entrance Gate |
| 1 | Phil Harris Work Saddle, serial number 5320351553 | Tack Room |

Property Inventory
U.S. v. Rita Crundwell, 12 CR 50027

| \ | 1556 Red Barn Road, Dixon, Illinois cont. | |
|---|---|---|
| Qty | Description | Location |
| 1 | Phil Harris Work Saddle, serial number 5320160913 | Tack Room |
| 1 | Phil Harris Work Saddle, serial number 20161908 | Tack Room |
| 1 | Phil Harris Work Saddle, serial number 5320351483 | Tack Room |
| 1 | Electro Groom Canister Vacuum | Tack Room |
| 1 | Rapid Groom Vacuum | Tack Room |
| Multi | Halters, Leads and Bridles | Tack Room |
| Multi | Horse Blankets | Tack Room |
| 38 | Horse Stalls | Barn Area |
| Approx 107 | Horse Sheets/Blankets (Lightweight, Middleweight and Heavyweight) | Upstairs Tack Room |
| Multi | Halters, Collars | Upstairs Tack Room |
| 1 | White foldout tent | Upstairs Tack Room |
|  | Tent supplies - sides etc | Upstairs Tack Room |
| 1 | Power on Board Battery charger | Upstairs Tack Room |
| 1 | ProTemp Propane Heater | Upstairs Tack Room |
| 1 | Sharp Portable Air Conditioner | Upstairs Tack Room |
| 1 | Dexter Industrial Washer | Laundry Room in the Barn |
| 1 | Dexter Industrial Dryer | Laundry Room in the Barn |
| 1 | Emerson Microwave | Laundry Room in the Barn |
|  | Miscellaneous Tools | Barn |
|  | Miscellaneous Buckets and Portable Horse Sewage Containers | Barn |
|  | Arena Fencing | Barn Arena |
| 4 | Port A Cool Fans | Barn Arena |
| 6 | Large Cylinder Fans | Barn Arena |
| 37 | Portable Stalls - canvas sided | Sale/Hay Barn |
| 1 | Schumacher SE-4020 Battery Charger | Sale/Hay Barn |
| 1 | CountyLine Trough | Lean To |
|  | Portable Fencing throughout property | Throughout property |
| 4 | Portable Hay Feeders | Arenas |
|  | Decorative Boards for Stalls - used during shows | Inside Trailer |
| 1 | Arena Walker | Arenas |
| Multi | Shovels | Barn Area |
| 1 | Vizio TV | Barn Area |
| 1 | 2002 Four Star Industries Inc. trailer, VIN: 4FKPG282520019724 |  |
| 1 | Bobcat model S250, VIN: 526016439 |  |
| 1 | Bobcat model V417, VIN: AC1C11146 |  |

| **1556 Red Barn Road, Dixon, Illinois cont.** |
|---|---|---|
| **Qty** | **Description** | **Location** |
| 1 | Polaris Ranger ATV | |

| **821 East Fifth Street, Englewood, FL** |
|---|---|---|
| **Qty** | **Description** | **Location** |
| Misc | Miscellaneous Household items including Furniture, Electronics, Outdoor Grill, and Decorations | 821 E. 5th Street, Englewood, Florida |
| 1 | Saddle Stool | Kitchen |
| 1 | Brown Sectional Couch | Living Room - B |
| 1 | Brown Leather Ottoman | Living Room - B |
| 1 | Brown Leather Chair | Living Room - B |
| 1 | Brown and Blue Wood Coffee Table | Living Room - B |
| 1 | Brown and Blue Wood End Table | Living Room - B |
| 1 | Brown Reclining Chair | Living Room - B |
| 1 | Brown Decorative Saddle | Living Room - B |
| 1 | Bed with Rounded wood posts | Bedroom - D |
| 1 | Brown Wood Chest | Bedroom - D |
| 1 | Brown Leather Chair | Bedroom - D |
| 1 | Brown Wood Desk with four Drawers | Bedroom - D |
| 1 | Television | Bedroom - D |
| 2 | Brown Wooden Stools | Bedroom - D |
| 1 | Brown Dresser | Bedroom - D |
| 1 | Brown Wood Dresser with six Drawers | Closet |
| 8 | Misc. bar Stools, folding chairs, director's chairs | Bar Area - E |
| 1 | Desk/Table | Bar Area - E |
| 1 | Circular Table | Bar Area - E |
| 1 | Large plant holder | Bar Area - E |
| 1 | Television | Bar Area - E |
| 1 | Refrigerator | Bar Area - E |
| 1 | Desk | Office - F |
| 1 | Leather chair | Bar Area - E |
| 1 | Wood Chair | Bar Area - E |
| 1 | Printer | Bar Area - E |
| 1 | Shredder | Bar Area - E |
| 1 | Bose Sound System | Bar Area - E |
| 1 | Leather chair | House - H |
| 1 | Leather Ottoman | House - H |
| 1 | Circular Brown Wood and Leather Footstool | Closet |
| 1 | Wood Bed | Bedroom - I |
| 1 | Wood Chest with Horn Legs | Bedroom - I |
| 1 | Wood End Table | Bedroom - I |
| 1 | Leather Chair | Bedroom - I |

| \ | 821 East Fifth Street, Englewood, FL cont. | |
|---|---|---|
| Qty | Description | Location |
| 1 | Leather Couch | Bedroom - I |
| 2 | Lamps | Bedroom - I |
| 1 | Wood Rocking Chair | House |
| 1 | Wood Chair | House |
| 1 | Television | House |
| 1 | Wood Dresser | House |
| 1 | Lamp | House |
| 1 | Wood Table | House |
| Misc | Wicker Chairs, Table, Patio Furniture | Garage |
| 1 | Grill | Garage |
| 1 | Television | Garage |
| Misc | Umbrella Chair | Patio |

| \ | *Vehicles* | |
|---|---|---|
| Qty | Description | VIN |
| 1 | 2012 Chevrolet Silverado 3500 pickup truck, white in color | 1GC4K1C82CF114165 |
| 1 | 2012 Featherlite 40' gooseneck car trailer, model 4941, white in color | 4FGB44036CC122485 |
| 1 | 2005 Chevrolet Silverado, black in color | 1GCEK19T65E210034 |
| 1 | 2009 Featherlite Horse Trailer, white in color | 4FGB143339C113479 |
| 1 | 2010 GMC Terrain, gold in color | 2CTFLJEW0A6298888 |
| 1 | 2009 Kenworth T800 Tractor Truck, white in color | 1XKDD49X89J257500 |
| 1 | 2009 Heartland Cyclone 3950 5th Wheel Trailer | 5SFCF40319E050819 |
| 1 | 2005 Ford Thunderbird Convertible, black in color | 1FAHP60A75Y109211 |
| 1 | 2009 Chevrolet Silverado Pickup Truck, white in color | 1GCHK63699F160081 |
| 1 | 2004 Elite Horse Trailer, white in color | 5MKWG172740005113 |
| 1 | 2009 US Cargo Eliminator Trailer, white in color | 5NHUEL9389N065953 |
| 1 | 2010 Elite Trailer, aluminum in color | 5MKWG4535A0011663 |
| 1 | 2007 Chevrolet Silverado 3500 Pickup Truck, white in color | 1GCJK33D57F128224 |
| 1 | 2009 Freightliner Truck, white in color | 1FVAC4CV89HAG9773 |
| 1 | 1967 Chevrolet Corvette Roadster | 194677S103054 |
| 1 | 2000 20' Playbuoy Pontoon Mfg. Pleasure Boat | DVN31584A000C |
| 1 | 2004 Featherlite 6- Horse Trailer | 4FGL042364C065901 |
| 1 | 2004 Featherlite 4-Horse Bumper Pull Trailer | 4FGL028334C065902 |
| 1 | 2007 John Deere Model XUV 6201 Gator/Utility Vehicle | M0XUVGX013939 |
| 1 | 2007 John Deere Model XUV 850 Gator/Utility Vehicle | M0XUVDX011774 |

Property Inventory
U.S. v. Rita Crundwell, 12 CR 50027

| Vehicles cont. | | |
|---|---|---|
| Qty | Description | VIN |
| 1 | 2007 John Deere Model 757 Z-Track 60" mower | TC0757B065562 |
| 1 | 2009 John Deere Model 5065E Tractor | PY5065U000357 |
| 1 | 2011 John Deere Model X324 Riding Mower | 1M0X324APBM182766 |
| 1 | 1998 Cobalt 25 LS Deck Boat and contents | SERIAL NUMBER US-FGE5S004H798 |
| 1 | 2001 Peterbuilt Conventional 330 Truck | 2NPNHZ6X81M570574 |
| 1 | 2008 EZ-Go Golf Cart | 2620680 |
| 1 | 2002 Moskito RX Scooter | RFTJV50A62L000595 |
| 1 | 2007 TN Trailers Enclosed Trailer | 5JXCT12267S191310 |
| 1 | 2006 Road Boss Dump Trailer | 5C3HH202061007667 |
| 1 | 2000 International Truck | 1HTSLADM1YH695544 |
| 1 | 2004 Featherlite Manufacturing, Inc. Trailer | 4FGB436334C071109 |
| 1 | 2002 Four Star Industries Inc. Trailer | 4FKPG282520019724 |
| 1 | 2002 PJ Trailer Manufacturing Inc. Trailer | 4P5GF322621044925 |
| 1 | 2003 Cargo Express Trailer | 4U01C16203A016212 |
| 1 | 2003 Chevrolet Silverado C3500 | 1GCJC33163F104155 |
| 1 | 2002 Lexus SC430 Convertible | JTHFN48Y420002543 |
| 1 | 2003 GMC Sierra 3500 Truck | 1GDJK34103E129295 |
| 1 | 2002 Mac Lander Trailer | 4UVPF182321003459 |
| 1 | 2012 Chevrolet Silverado G1500 | 3GCPCSE07CG222495 |
| 1 | 2007 Hummer H2 | 5GRGN22U17H103191 |

| Miscellaneous Tack Items | |
|---|---|
| QTY | DESCRIPTION |
| 10 | Leather/metal halters |
| Multi | Misc. metal bits, new and used |
| Multi | Misc. leather and nylon straps, buckles |
| 3 | Leather/metal bridle parts/straps in padded "Harris" case |
| 3 | Leather Halters in padded "Harris" case |
| 1 | Leather/metal halter in padded case |
| 5 | Leather/metal bridle head pieces |
| 1 | Leather lead |
| 2 | Metal bits with reins |
| 1 | Metal bit |
| 5 | Leather/metal bridles |
| 2 | Halters in padded blue "Circuit Champion CO State Fair" bag |
| 12 | Leather lead |
| 1 | Nylon lead |
| 7 | Leather leads |

Property Inventory
U.S. v. Rita Crundwell, 12 CR 50027

| *Miscellaneous Tack Items cont.* | |
|---|---|
| QTY | DESCRIPTION |
| 3 | Nylon leads |
| 4 | Leather/Metal halters |
| 4 | Leather/metal halters |
| 2 | Bridles with leather, metal plastic, nylon |
| 4 | Leather lead lines |
| 1 | Metal bit |

| *Property in the Care of Dr. Tim Stratham, Rockford, IL* | |
|---|---|
| QTY | DESCRIPTION |
| 186 | straws of frozen semen (23.25 doses of undetermined motility) from the stallion, Invest in a Hot Star |