City of Dixon
PO Box 386, RSCDA, Dixon, IL 61021
Fifth Third Bank - A/C #4003609530 **

## RSCDA - RITA CRUNDWELL

| Year | Total City of Dixon Deposits | Total Checks/ Withdrawals | City of Dixon Expenses | Total Rita Crundwell Exp. |
|---|---|---|---|---|
| 1991 | 272,904.61 | 266,758.10 | 85,757.89 | 181,000.21 |
| 1992 | 183,414.15 | 179,834.32 | 58,466.42 | 121,367.90 |
| 1993 | 370,705.50 | 356,970.71 | 131,683.04 | 225,287.67 |
| 1994 | 115,857.24 | 133,804.61 | 16,523.57 | 117,281.04 |
| 1995 | 129,373.00 | 137,638.75 | 33,973.83 | 103,664.92 |
| 1996 | - | - | - | - |
| 1997 | 401,174.87 | 372,668.81 | 44,046.45 | 328,622.36 |
| 1998 | 933,832.56 | 856,009.42 | 88,521.84 | 767,487.58 |
| 1999 | 1,214,483.27 | 1,126,721.10 | 57,241.22 | 1,069,479.88 |
| 2000 | 1,875,795.99 | 1,970,059.87 | 53,383.66 | 1,916,676.21 |
| 2001 | 2,861,030.03 | 2,738,202.62 | 134,993.70 | 2,603,208.92 |
| 2002 | 3,201,973.88 | 3,213,600.42 | 249,138.86 | 2,964,461.56 |
| 2003 | 2,989,756.02 | 3,153,419.12 | 130,298.90 | 3,023,120.22 |
| 2004 | 3,665,457.74 | 3,511,562.45 | 52,861.11 | 3,458,701.34 |
| 2005 | 4,621,515.74 | 4,645,032.54 | - | 4,645,032.54 |
| 2006 | 4,449,419.32 | 4,379,004.05 | - | 4,379,004.05 |
| 2007 | 4,719,480.18 | 4,772,057.56 | 18,158.60 | 4,753,898.96 |
| 2008 | 5,868,395.89 | 5,715,215.59 | 77,669.25 | 5,637,546.34 |
| 2009 | 5,317,986.24 | 5,615,164.94 | 15,917.00 | 5,599,247.94 |
| 2010 | 5,675,149.67 | 5,656,322.51 | 15,803.66 | 5,640,518.85 |
| 2011 | 4,662,912.22 | 4,683,873.31 | - | 4,683,873.31 |
| 2012 | 1,725,454.45 | 1,595,187.28 | 74,274.27 | 1,520,913.01 |
| | 55,256,072.57 | 55,079,108.08 | 1,338,713.27 | 53,740,394.81 |

** Missing bank account information from November 1995, all of 1996, and January through March of 1997.
** Highlighted years are missing one or more months of data.



GOVERNMENT EXHIBIT 1