City of Dixon - Losses by Year
PO Box 386, RSCDA, Dixon, IL 61021
Fifth Third Bank - A/C #400360953O - Losses **

| Year | Loss |
|---|---|
| 1991 | 181,000.21 |
| 1992 | 121,367.90 |
| 1993 | 225,287.67 |
| 1994 | 117,281.04 |
| 1995 | 103,664.92 |
| 1996 | - |
| 1997 | 328,622.36 |
| 1998 | 767,487.58 |
| 1999 | 1,069,479.88 |
| 2000 | 1,916,676.21 |
| 2001 | 2,603,208.92 |
| 2002 | 2,964,461.56 |
| 2003 | 3,023,120.22 |
| 2004 | 3,458,701.34 |
| 2005 | 4,645,032.54 |
| 2006 | 4,379,004.05 |
| 2007 | 4,753,898.96 |
| 2008 | 5,637,546.34 |
| 2009 | 5,599,247.94 |
| 2010 | 5,640,518.85 |
| 2011 | 4,683,873.31 |
| 2012 | 1,520,913.01 |
| | 53,740,394.81 |

** Missing bank account information from November 1995, all of 1996, and January through March of 1997.
(Highlighted years are missing one or more months of data)





CARDELS 800-783-0399

GOVERNMENT EXHIBIT 2