City of Dixon - Losses by Year - Monthly Averages.
PO Box 386, RSCDA, Dixon, IL 61021
Fifth Third Bank - A/C #4003609530 - Losses **

| Year | Monthly Loss (Avg) |
|---|---|
| 1991 | 15,083.35 |
| 1992 | 10,113.99 |
| 1993 | 18,773.97 |
| 1994 | 9,773.42 |
| 1995 | 9,424.08 |
| 1996 | - |
| 1997 | 36,513.60 |
| 1998 | 63,957.30 |
| 1999 | 89,123.32 |
| 2000 | 159,723.02 |
| 2001 | 216,934.08 |
| 2002 | 247,038.46 |
| 2003 | 251,926.69 |
| 2004 | 288,225.11 |
| 2005 | 387,086.05 |
| 2006 | 364,917.00 |
| 2007 | 396,158.25 |
| 2008 | 469,795.53 |
| 2009 | 466,604.00 |
| 2010 | 470,043.24 |
| 2011 | 390,322.78 |
| 2012 | 380,228.25 |

** Missing bank account information from November 1995, all of 1996, and January through March of 1997.
(Highlighted years are missing one or more months of data)





GOVERNMENT EXHIBIT 3