City of Dixon - RSCDA Account - January 1991 through April 2012
PO Box 386, RSCDA, Dixon, IL 61021
Fifth Third Bank - A/C #400360953O **

RSCDA - RITA CRUNDWELL

| | Beginning Balance | Checks | Withdrawals/ Debits | Deposits/ Credits | Ending Balance | Dep. From City of Dixon Cap. Dev. Fund | Other City of Dixon Deposits | Interest | City of Dixon Expenses | Total Checks/ Withdrawals | Total City of Dixon Deposits | Total Rita Crundwell Exp. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan-91 | - | 700.00 | 9.75 | 2,293.11 | 1,583.36 | | 2,293.11 | - | - | 709.75 | 2,293.11 | 709.75 |
| Feb-91 | 1,583.36 | 33,619.13 | | 47,349.71 | 15,313.94 | | 47,320.93 | 28.78 | - | 33,619.13 | 47,349.71 | 33,619.13 |
| Mar-91 | 15,313.94 | 28,449.85 | | 17,054.24 | 3,918.33 | | 17,000.00 | 54.24 | - | 28,449.85 | 17,054.24 | 3,564.46 |
| Apr-91 | 3,918.33 | 6,059.63 | | 11,030.35 | 8,889.05 | | 11,000.00 | 30.35 | 500.00 | 6,059.63 | 11,030.35 | 5,559.63 |
| May-91 | 8,889.05 | 50,395.62 | | 55,775.69 | 14,269.12 | | 55,682.50 | 93.19 | 14,185.00 | 50,395.62 | 55,775.69 | 36,210.62 |
| Jun-91 | 14,269.12 | 920.00 | | 154.18 | 13,503.30 | | 100.00 | 54.18 | 500.00 | 920.00 | 154.18 | 420.00 |
| Jul-91 | 13,503.30 | 72,576.94 | | 68,696.24 | 9,622.60 | | 68,594.19 | 102.05 | 33,917.50 | 72,576.94 | 68,696.24 | 38,659.44 |
| Aug-91 | 9,622.60 | 21,367.11 | | 34,282.25 | 22,537.74 | | 34,213.40 | 68.85 | 11,370.00 | 21,367.11 | 34,282.25 | 9,997.11 |
| Sep-91 | 22,537.74 | 13,759.69 | | 9,762.02 | 18,540.07 | | 9,705.58 | 56.44 | - | 13,759.69 | 9,762.02 | 13,759.69 |
| Oct-91 | 18,540.07 | 15,259.65 | | 9,602.51 | 12,882.93 | | 9,536.64 | 65.87 | 500.00 | 15,259.65 | 9,602.51 | 14,759.65 |
| Nov-91 | 12,882.93 | 6,632.51 | | 16,839.88 | 23,090.30 | | 16,768.43 | 71.45 | - | 6,632.51 | 16,839.88 | 6,632.51 |
| Dec-91 | 23,090.30 | 17,008.22 | | 64.43 | 6,146.51 | | - | 64.43 | - | 17,008.22 | 64.43 | 17,008.22 |
| Jan-92 | 6,146.51 | 5,773.81 | | 5,145.66 | 5,518.36 | | 5,114.57 | 31.09 | - | 5,773.81 | 5,145.66 | 5,773.81 |
| Feb-92 | 5,518.36 | 14,642.57 | | 21,401.40 | 12,277.19 | | 21,341.83 | 59.57 | - | 14,642.57 | 21,401.40 | 14,642.57 |
| Mar-92 | 12,277.19 | 2,258.16 | | 5,037.38 | 15,056.41 | | 5,000.00 | 37.38 | - | 2,258.16 | 5,037.38 | 2,258.16 |
| Apr-92 | 15,056.41 | 31,788.20 | | 18,426.89 | 1,695.10 | | 18,389.43 | 37.46 | 25,226.01 | 31,788.20 | 18,426.89 | 6,562.19 |
| May-92 | 1,695.10 | 9,195.59 | | 12,243.83 | 4,743.34 | | 12,227.02 | 16.81 | 5,496.00 | 9,195.59 | 12,243.83 | 3,699.59 |
| Jun-92 | 4,743.34 | 10,840.00 | | 7,316.04 | 1,219.38 | | 7,306.55 | 9.49 | 3,625.00 | 10,840.00 | 7,316.04 | 7,215.00 |
| Jul-92 | 1,219.38 | 15,166.85 | | 21,699.38 | 7,751.91 | | 21,668.11 | 31.27 | - | 15,166.85 | 21,699.38 | 15,166.85 |
| Aug-92 | 7,751.91 | 12,608.52 | | 13,070.22 | 8,213.61 | | 13,051.78 | 18.44 | - | 12,608.52 | 13,070.22 | 12,608.52 |
| Sep-92 | 8,213.61 | 6,904.07 | | 13.32 | 1,322.86 | | - | 13.32 | - | 6,904.07 | 13.32 | 6,904.07 |
| Oct-92 | 1,322.86 | 34,663.44 | 11.00 | 39,516.51 | 6,164.93 | | 39,495.14 | 21.37 | - | 34,674.44 | 39,516.51 | 34,674.44 |
| Nov-92 | 6,164.93 | 24,540.90 | | 22,614.82 | 4,238.85 | | 22,597.42 | 17.40 | 17,527.09 | 24,540.90 | 22,614.82 | 7,013.81 |
| Dec-92 | 4,238.85 | 11,441.21 | | 16,928.70 | 9,726.34 | | 16,913.00 | 15.70 | 6,592.32 | 11,441.21 | 16,928.70 | 4,848.89 |
| Jan-93 | 9,726.34 | 28,358.24 | | 27,840.90 | 9,209.00 | | 27,813.50 | 27.40 | 12,127.50 | 28,358.24 | 27,840.90 | 16,230.74 |
| Feb-93 | 9,209.00 | 13,302.09 | | 24,044.97 | 19,951.88 | | 24,009.32 | 35.65 | 9,732.00 | 13,302.09 | 24,044.97 | 3,570.09 |
| Mar-93 | 19,951.88 | 50,357.56 | | 33,858.44 | 3,452.76 | | 33,790.53 | 67.91 | 44,456.96 | 50,357.56 | 33,858.44 | 5,900.60 |
| Apr-93 | 3,452.76 | 11,212.79 | | 11,316.94 | 3,556.91 | 46.00 | 11,301.26 | 15.68 | 3,000.00 | 11,212.79 | 11,316.94 | 8,212.79 |
| May-93 | 3,556.91 | 47,968.34 | | 48,797.29 | 4,385.86 | 20,397.75 | 28,368.31 | 31.23 | 30,122.81 | 47,968.34 | 48,797.29 | 17,845.53 |
| Jun-93 | 4,385.86 | 3,842.99 | | 6.76 | 549.63 | | - | 6.76 | - | 3,842.99 | 6.76 | 3,842.99 |
| Jul-93 | 549.63 | 2,441.61 | | 12,047.92 | 10,155.94 | | 12,035.57 | 12.35 | - | 2,441.61 | 12,047.92 | 2,441.61 |
| Aug-93 | 10,155.94 | 41,954.83 | | 156,456.45 | 124,657.56 | 118,074.29 | 38,320.80 | 61.36 | 27,708.20 | 41,954.83 | 156,456.45 | 14,246.63 |
| Sep-93 | 124,657.56 | 45,965.48 | | 11,687.11 | 90,379.19 | | 11,400.00 | 287.11 | 4,535.57 | 45,965.48 | 11,687.11 | 41,429.91 |
| Oct-93 | 90,379.19 | 38,814.44 | | 15,507.38 | 67,072.13 | | 15,308.38 | 199.00 | - | 38,814.44 | 15,507.38 | 38,814.44 |
| Nov-93 | 67,072.13 | 54,137.55 | | 10,235.13 | 23,169.71 | | 10,140.13 | 95.00 | - | 54,137.55 | 10,235.13 | 54,137.55 |
| Dec-93 | 23,169.71 | 18,568.79 | | 18,906.21 | 23,461.13 | | 18,865.00 | 41.21 | - | 18,568.79 | 18,906.21 | 18,614.79 |
| Jan-94 | 23,461.13 | 28,620.48 | | 8,549.38 | 3,390.03 | | 8,528.20 | 21.18 | 6,123.31 | 28,620.48 | 8,549.38 | 22,497.17 |
| Feb-94 | 3,390.03 | 624.24 | | 836.57 | 3,602.36 | | 832.00 | 4.57 | - | 624.24 | 836.57 | 624.24 |
| Mar-94 | 3,602.36 | 6,500.00 | | 10,568.10 | 7,670.46 | | 10,553.48 | 14.62 | - | 6,500.00 | 10,568.10 | 6,500.00 |
| Apr-94 | 7,670.46 | 12,725.81 | | 10,024.44 | 4,969.09 | | 10,000.00 | 24.44 | 3,000.00 | 12,725.81 | 10,024.44 | 9,725.81 |
| May-94 | 4,969.09 | 8,400.26 | | 5,403.86 | 1,972.69 | | 5,400.26 | 3.60 | 7,400.26 | 8,400.26 | 5,403.86 | 1,000.00 |
| Jun-94 | 1,972.69 | - | | 2.72 | 1,975.41 | | - | 2.72 | - | - | 2.72 | - |
| Jul-94 | 1,975.41 | 7,845.56 | | 8,504.58 | 1,634.43 | | 8,500.00 | 4.58 | - | 7,845.56 | 8,504.58 | 8,845.56 |
| Aug-94 | 1,634.43 | 34,500.00 | 1,000.00 | 37,481.35 | 4,615.78 | | 37,464.92 | 16.43 | - | 34,500.00 | 37,481.35 | 34,500.00 |
| Sep-94 | 4,615.78 | 4,724.24 | | 5,991.94 | 5,883.48 | | 5,982.35 | 9.59 | - | 4,724.24 | 5,991.94 | 4,724.24 |
| Oct-94 | 5,883.48 | 4,424.24 | | 6,791.31 | 8,250.55 | | 6,779.34 | 11.97 | - | 4,424.24 | 6,791.31 | 4,424.24 |
| Nov-94 | 8,250.55 | 7,066.34 | | 21,671.98 | 22,856.19 | | 21,659.37 | 12.61 | - | 7,066.34 | 21,671.98 | 7,066.34 |
| Dec-94 | 22,856.19 | 17,373.44 | | 31.01 | 5,513.76 | | - | 31.01 | - | 17,373.44 | 31.01 | 17,373.44 |
| Jan-95 | 5,513.76 | 3,690.74 | | 4,165.79 | 5,988.81 | | 4,153.37 | 12.42 | - | 3,690.74 | 4,165.79 | 3,690.74 |
| Feb-95 | 5,988.81 | 7,083.07 | | 8,454.27 | 7,360.01 | | 8,437.31 | 16.96 | - | 7,083.07 | 8,454.27 | 7,083.07 |
| Mar-95 | 7,360.01 | 3,906.06 | | 1,012.68 | 4,466.63 | | 1,000.00 | 12.68 | - | 3,906.06 | 1,012.68 | 3,906.06 |



GOVERNMENT EXHIBIT 4

CARDELS 800-783-0399

City of Dixon - RSCDA Account - January 1991 through April 2012
PO Box 386, RSCDA, Dixon, IL 61021
Fifth Third Bank - A/C #400360953 **

RSCDA - RITA CRUNDWELL

| | Beginning Balance | Checks | Withdrawals/ Debits | Deposits/ Credits | Ending Balance | Dep. From City of Dixon Cap. Dev. Fund | Other City of Dixon Deposits | Interest | City of Dixon Expenses | Total Checks/ Withdrawals | Total City of Dixon Deposits | Total Rita Crundwell Exp. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Apr-95 | 4,466.63 | 7,233.67 | | 5,792.13 | 3,025.09 | | 5,785.78 | 6.35 | 3,000.00 | 7,233.67 | 5,792.13 | 4,233.67 |
| May-95 | 3,025.09 | 30,056.93 | | 28,293.08 | 1,261.24 | | 28,285.00 | 8.08 | 30,056.93 | 30,056.93 | 28,293.08 | |
| Jun-95 | 1,261.24 | - | | 3,421.07 | 4,682.31 | | 3,416.90 | 4.17 | - | - | 3,421.07 | - |
| Jul-95 | 4,682.31 | 11,303.59 | | 8,030.11 | 1,408.83 | | 8,022.50 | 7.61 | 916.90 | 11,303.59 | 8,030.11 | 10,386.69 |
| Aug-95 | 1,408.83 | 24,123.63 | | 27,449.86 | 4,735.06 | | 27,418.58 | 31.28 | - | 24,123.63 | 27,449.86 | 24,123.63 |
| Sep-95 | 4,735.06 | 5,613.40 | | 20,539.60 | 19,661.26 | | 20,520.42 | 19.18 | - | 5,613.40 | 20,539.60 | 5,613.40 |
| Oct-95 | 19,661.26 | 30,225.63 | | 20,051.03 | 9,486.66 | | 20,018.73 | 32.30 | - | 30,225.63 | 20,051.03 | 30,225.63 |
| Nov-95 | 9,486.66 | - | | - | 9,486.66 [1] | | - | - | - | - | - | - |
| Dec-95 | 16,130.88 | 14,402.03 | | 2,163.38 | 3,892.23 | 2,137.77 | | 25.61 | - | 14,402.03 | 2,163.38 | 14,402.03 |
| Jan-96 | 3,892.23 | | | | 3,892.23 | | | | | | | |
| Feb-96 | 3,892.23 | | | | 3,892.23 | | | | | | | |
| Mar-96 | 3,892.23 | | | | 3,892.23 | | | | | | | |
| Apr-96 | 3,892.23 | | | | 3,892.23 | | | | | | | |
| May-96 | 3,892.23 | | | | 3,892.23 | | | | | | | |
| Jun-96 | 3,892.23 | | | | 3,892.23 | | | | | | | |
| Jul-96 | 3,892.23 | | | | 3,892.23 | | | | | | | |
| Aug-96 | 3,892.23 | | | | 3,892.23 | | | | | | | |
| Sep-96 | 3,892.23 | | | | 3,892.23 | | | | | | | |
| Oct-96 | 3,892.23 | | | | 3,892.23 | | | | | | | |
| Nov-96 | 3,892.23 | | | | 3,892.23 | | | | | | | |
| Dec-96 | 3,892.23 | | | | 3,892.23 | | | | | | | |
| Jan-97 | 3,892.23 | | | | 3,892.23 | | | | | | | |
| Feb-97 | 3,892.23 | | | | 3,892.23 | | | | | | | |
| Mar-97 | 3,892.23 | | | | 3,892.23 | | | | | | | |
| Apr-97 | 11,641.27 | 14,668.02 | | 47,830.46 | 44,803.71 | | 47,801.95 | 28.51 | 14,668.02 | 14,668.02 | 47,830.46 | 11,668.02 |
| May-97 | 44,803.71 | 59,763.40 | | 23,779.39 | 8,819.70 | | 23,759.17 | 20.22 | 7,520.25 | 59,763.40 | 23,779.39 | 52,243.15 |
| Jun-97 | 8,819.70 | 11,209.47 | | 32,825.49 | 30,435.72 | | 32,811.89 | 13.60 | - | 11,209.47 | 32,825.49 | 11,209.47 |
| Jul-97 | 30,435.72 | 57,611.46 | | 34,852.31 | 7,676.57 | | 34,839.54 | 12.77 | 24,706.43 | 57,611.46 | 34,852.31 | 32,905.03 |
| Aug-97 | 7,676.57 | 15,874.99 | | 17,225.40 | 9,026.98 | | 17,207.42 | 17.98 | - | 15,874.99 | 17,225.40 | 15,874.99 |
| Sep-97 | 9,026.98 | 16,026.62 | | 12,967.53 | 5,967.89 | | 12,953.70 | 13.83 | - | 16,026.62 | 12,967.53 | 16,026.62 |
| Oct-97 | 5,967.89 | 26,351.84 | | 26,824.30 | 6,440.35 | | 26,815.44 | 8.86 | 8,819.77 | 26,351.84 | 26,824.30 | 17,532.07 |
| Nov-97 | 6,440.35 | 110,723.45 | | 201,965.18 | 97,682.08 | 145,808.53 | 55,956.53 | 200.12 | - | 110,723.45 | 201,965.18 | 110,723.45 |
| Dec-97 | 97,682.08 | 60,439.56 | | 2,904.81 | 40,147.33 | | 2,762.75 | 142.06 | - | 60,439.56 | 2,904.81 | 60,439.56 |
| Jan-98 | 40,147.33 | 44,462.77 | | 34,393.83 | 30,078.39 | | 34,309.31 | 84.52 | - | 44,462.77 | 34,393.83 | 44,462.77 |
| Feb-98 | 30,078.39 | 18,619.39 | | 14,475.53 | 25,934.53 | | 14,425.13 | 50.40 | - | 18,619.39 | 14,475.53 | 18,619.39 |
| Mar-98 | 25,934.53 | 64,831.16 | | 72,291.43 | 33,394.80 | 63,155.01 | 9,083.24 | 53.18 | 26,840.11 | 64,831.16 | 72,291.43 | 37,991.05 |
| Apr-98 | 33,394.80 | 15,884.71 | | 15,067.91 | 32,578.00 | | 15,012.70 | 55.21 | - | 15,884.71 | 15,067.91 | 15,884.71 |
| May-98 | 32,578.00 | 24,487.76 | | 24,657.43 | 32,747.67 | | 24,614.55 | 42.88 | 10,564.69 | 24,487.76 | 24,657.43 | 13,923.07 |
| Jun-98 | 32,747.67 | 178,601.82 | | 161,724.95 | 15,870.80 | | 161,658.66 | 66.29 | - | 178,601.82 | 161,724.95 | 178,601.82 |
| Jul-98 | 15,870.80 | 165,250.91 | | 230,294.22 | 80,914.11 | | 230,113.97 | 180.25 | - | 165,250.91 | 230,294.22 | 165,250.91 |
| Aug-98 | 80,914.11 | 66,215.78 | | 21,938.46 | 36,636.79 | | 21,866.07 | 72.39 | - | 66,215.78 | 21,938.46 | 66,215.78 |
| Sep-98 | 36,636.79 | 41,268.04 | | 10,509.32 | 5,878.07 | | 10,473.32 | 36.00 | - | 41,268.04 | 10,509.32 | 41,268.04 |
| Oct-98 | 5,878.07 | 113,698.26 | | 151,926.16 | 44,105.97 | 95,790.46 | 56,075.20 | 60.50 | 51,117.04 | 113,698.26 | 151,926.16 | 62,581.22 |
| Nov-98 | 44,105.97 | 68,492.02 | | 42,723.16 | 18,337.11 | 35,000.00 | 7,678.00 | 45.16 | - | 68,492.02 | 42,723.16 | 68,492.02 |
| Dec-98 | 18,337.11 | 54,196.80 | | 153,830.16 | 117,970.47 | 142,041.34 | 11,694.06 | 94.76 | - | 54,196.80 | 153,830.16 | 54,196.80 |
| Jan-99 | 117,970.47 | 103,375.73 | | 25,435.10 | 15,435.10 | 8,575.00 | 2,130.18 | 135.18 | - | 103,375.73 | 25,435.10 | 103,375.73 |
| Feb-99 | 25,435.10 | 52,651.77 | | 42,370.56 | 15,153.89 | | 42,341.86 | 28.70 | - | 52,651.77 | 42,370.56 | 52,651.77 |
| Mar-99 | 15,153.89 | 50,715.69 | | 76,034.23 | 40,472.43 | | 75,993.97 | 40.26 | - | 50,715.69 | 76,034.23 | 50,715.69 |
| Apr-99 | 40,472.43 | 94,936.60 | | 126,985.06 | 72,520.89 | 106,000.00 | 20,886.74 | 98.32 | 57,241.22 | 94,936.60 | 126,985.06 | 37,695.38 |
| May-99 | 72,520.89 | 88,381.29 | | 42,428.19 | 26,567.79 | | 42,365.06 | 63.13 | - | 88,381.29 | 42,428.19 | 88,381.29 |
| Jun-99 | 26,567.79 | 66,186.63 | | 195,986.82 | 156,367.98 | 136,000.00 | 59,938.46 | 48.36 | - | 66,186.63 | 195,986.82 | 66,186.63 |

City of Dixon - RSCDA Account - January 1991 through April 2012
PO Box 386, RSCDA, Dixon, IL 61021
Fifth Third Bank - A/C #400360953O **

RSCDA - RITA CRUNDWELL

| | Beginning Balance | Checks | Withdrawals/Debits | Deposits/Credits | Ending Balance | Dep. From City of Dixon Cap. Dev. Fund | Other City of Dixon Deposits | Interest | City of Dixon Expenses | Total Checks/Withdrawals | Total City of Dixon Deposits | Total Rita Crundwell Exp. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jul-99 | 156,367.98 | 60,373.19 | | 11,619.66 | 107,614.45 | | 11,436.31 | 183.35 | | 60,373.19 | 11,619.66 | 60,373.19 |
| Aug-99 | 107,614.45 | 44,088.70 | | 5,090.42 | 68,616.17 | | 4,958.09 | 132.33 | | 44,088.70 | 5,090.42 | 44,088.70 |
| Sep-99 | 68,616.17 | 221,514.16 | | 210,389.38 | 57,491.39 | 200,000.00 | 10,250.55 | 138.83 | | 221,514.16 | 210,389.38 | 221,514.16 |
| Oct-99 | 57,491.39 | 57,451.88 | | 160,762.61 | 160,802.12 | 147,282.80 | 13,375.37 | 104.44 | | 57,451.88 | 160,762.61 | 57,451.88 |
| Nov-99 | 160,802.12 | 123,556.55 | | 41,589.30 | 78,834.87 | | 41,438.21 | 151.09 | | 123,556.55 | 41,589.30 | 123,556.55 |
| Dec-99 | 78,834.87 | 163,488.91 | | 290,386.68 | 205,732.64 | 253,875.84 | 36,405.25 | 105.59 | | 163,488.91 | 290,386.68 | 163,488.91 |
| Jan-00 | 205,732.64 | 166,109.54 | | 14,046.39 | 53,669.49 | | 13,869.42 | 176.97 | 44,784.86 | 166,109.54 | 14,046.39 | 121,324.68 |
| Feb-00 | 53,669.49 | 68,881.20 | | 76,848.29 | 61,636.58 | 58,161.34 | 18,609.91 | 77.04 | | 68,881.20 | 76,848.29 | 68,881.20 |
| Mar-00 | 61,636.58 | 58,488.12 | | 187,069.65 | 190,218.11 | 163,216.56 | 23,700.82 | 152.27 | | 58,488.12 | 187,069.65 | 58,488.12 |
| Apr-00 | 190,218.11 | 54,611.22 | | 24,587.60 | 160,194.49 | | 24,351.08 | 236.52 | | 54,611.22 | 24,587.60 | 54,611.22 |
| May-00 | 160,194.49 | 49,036.09 | | 6,229.47 | 117,387.87 | | 6,107.04 | 122.43 | | 49,036.09 | 6,229.47 | 40,437.29 |
| Jun-00 | 117,387.87 | 121,471.79 | | 204,855.69 | 200,771.77 | 204,646.71 | | 208.98 | 8,598.80 | 121,471.79 | 204,855.69 | 121,471.79 |
| Jul-00 | 200,771.77 | 77,385.02 | | 5,354.93 | 128,741.68 | | 5,112.11 | 242.82 | | 77,385.02 | 5,354.93 | 77,385.02 |
| Aug-00 | 128,741.68 | 102,025.05 | | 24,372.66 | 51,089.29 | | 24,257.73 | 114.93 | | 102,025.05 | 24,372.66 | 102,025.05 |
| Sep-00 | 51,089.29 | 214,013.77 | | 260,257.84 | 97,333.36 | 250,000.00 | 10,055.52 | 202.32 | | 214,013.77 | 260,257.84 | 214,013.77 |
| Oct-00 | 97,333.36 | 173,911.46 | | 328,119.84 | 251,541.74 | 300,000.00 | 27,844.04 | 275.80 | | 173,911.46 | 328,119.84 | 173,911.46 |
| Nov-00 | 251,541.74 | 229,338.90 | | 310,599.67 | 332,802.51 | 300,000.00 | 10,314.15 | 285.52 | | 229,338.90 | 310,599.67 | 229,338.90 |
| Dec-00 | 332,802.51 | 324,313.65 | | 253,165.20 | 261,654.06 | 160,000.00 | 92,781.69 | 383.51 | | 324,313.65 | 253,165.20 | 324,313.65 |
| Jan-01 | 261,654.06 | 330,474.06 | | 180,288.76 | 111,468.76 | 150,000.00 | 30,081.67 | 207.09 | | 330,474.06 | 180,288.76 | 330,474.06 |
| Feb-01 | 111,468.76 | 184,165.34 | | 146,194.66 | 73,498.08 | 50,000.00 | 96,080.00 | 114.66 | | 184,165.34 | 146,194.66 | 184,165.34 |
| Mar-01 | 73,498.08 | 111,636.75 | | 209,180.36 | 171,041.69 | 195,000.00 | 13,997.85 | 182.51 | | 111,636.75 | 209,180.36 | 111,636.75 |
| Mar-01 | 171,041.69 | 158,780.58 | | 189,705.10 | 201,966.21 | 167,000.00 | 22,588.18 | 116.92 | | 158,780.58 | 189,705.10 | 81,706.59 |
| Apr-01 | 201,966.21 | 204,955.85 | | 7,366.37 | 4,376.73 | | 7,310.59 | 55.78 | 3,612.00 | 204,955.85 | 7,366.37 | 201,343.85 |
| May-01 | 4,376.73 | 214,475.28 | | 242,759.82 | 32,661.27 | 117,500.00 | 125,181.48 | 78.34 | 928.30 | 214,475.28 | 242,759.82 | 213,546.98 |
| Jun-01 | 32,661.27 | 122,945.11 | | 285,838.97 | 195,555.13 | 266,995.56 | 18,555.05 | 288.36 | | 122,945.11 | 285,838.97 | 122,945.11 |
| Jul-01 | 195,555.13 | 265,201.99 | | 188,083.73 | 118,436.87 | 176,152.00 | 11,722.02 | 209.71 | | 265,201.99 | 188,083.73 | 265,201.99 |
| Aug-01 | 118,436.87 | 336,228.78 | | 301,544.26 | 83,752.35 | 283,769.00 | 17,483.39 | 291.87 | 53,379.41 | 336,228.78 | 301,544.26 | 282,849.37 |
| Sep-01 | 83,752.35 | 215,936.54 | | 429,831.56 | 297,647.37 | 269,812.00 | 159,901.59 | 117.97 | | 215,936.54 | 429,831.56 | 215,936.54 |
| Oct-01 | 297,647.37 | 235,855.88 | | 214,640.95 | 276,432.44 | 187,695.00 | 26,833.98 | 111.97 | | 235,855.88 | 214,640.95 | 235,855.88 |
| Nov-01 | 276,432.44 | 523,729.54 | | 365,649.38 | 118,352.28 | 259,100.00 | 106,482.33 | 67.05 | | 523,729.54 | 365,649.38 | 523,729.54 |
| Dec-01 | 118,352.28 | 164,290.98 | | 280,234.87 | 234,296.17 | 275,000.00 | 5,180.26 | 54.61 | | 164,290.98 | 280,234.87 | 164,290.98 |
| Jan-02 | 234,296.17 | 158,711.49 | | 33,631.14 | 109,215.82 | | 33,575.74 | 55.40 | | 158,711.49 | 33,631.14 | 158,711.49 |
| Feb-02 | 109,215.82 | 73,126.98 | | 424,854.22 | 460,943.06 | 416,987.00 | 7,833.68 | 33.54 | | 73,126.98 | 424,854.22 | 73,126.98 |
| Mar-02 | 460,943.06 | 269,105.45 | | 565,546.89 | 757,384.50 | 526,780.00 | 38,636.27 | 130.62 | 184,365.66 | 269,105.45 | 565,546.89 | 84,739.79 |
| Apr-02 | 757,384.50 | 400,099.50 | | 34,872.12 | 392,157.12 | | 34,732.69 | 139.43 | | 400,099.50 | 34,872.12 | 400,099.50 |
| May-02 | 392,157.12 | 439,488.44 | | 80,131.60 | 32,800.28 | | 80,089.24 | 42.36 | | 439,488.44 | 80,131.60 | 439,488.44 |
| Jun-02 | 32,800.28 | 233,399.13 | | 344,467.00 | 143,868.15 | 340,000.00 | 4,433.22 | 33.78 | | 233,399.13 | 344,467.00 | 233,399.13 |
| Jul-02 | 143,868.15 | 121,106.66 | | 412,188.69 | 434,950.18 | 385,000.00 | 27,126.37 | 62.32 | 21,501.00 | 121,106.66 | 412,188.69 | 121,106.66 |
| Aug-02 | 434,950.18 | 288,150.83 | | 189,725.54 | 336,524.89 | 175,000.00 | 14,633.39 | 92.15 | | 288,150.83 | 189,725.54 | 288,150.83 |
| Sep-02 | 336,524.89 | 252,700.56 | | 250,438.17 | 334,262.50 | 225,000.00 | 25,381.74 | 56.43 | | 252,700.56 | 250,438.17 | 252,700.56 |
| Oct-02 | 334,262.50 | 263,058.11 | | 355,635.00 | 485,428.37 | 325,000.00 | 12,973.82 | 84.29 | | 263,058.11 | 355,635.00 | 263,058.11 |
| Nov-02 | 485,428.37 | 440,840.10 | | 247,425.40 | 222,669.63 | 247,354.71 | 30,544.46 | 90.54 | | 440,840.10 | 247,425.40 | 440,840.10 |
| Dec-02 | 400,223.27 | 424,979.04 | | 275,148.74 | 259,722.06 | 250,000.00 | 25,103.44 | 70.69 | 64,773.20 | 424,979.04 | 275,148.74 | 360,205.84 |
| Jan-03 | 222,669.63 | 238,096.31 | | 14,844.08 | 187,109.40 | | 14,784.97 | 59.11 | 45.30 | 238,096.31 | 14,844.08 | 238,096.31 |
| Feb-03 | 259,722.06 | 87,456.74 | | 220,955.29 | 214,457.68 | 179,500.00 | 41,405.77 | 49.52 | | 87,456.74 | 220,955.29 | 87,456.74 |
| Mar-03 | 187,109.40 | 193,607.01 | | 1,244.33 | 75,699.05 | | 1,208.54 | 35.79 | | 193,607.01 | 1,244.33 | 172,106.01 |
| Apr-03 | 214,457.68 | 140,002.96 | | 348,732.99 | 293,407.38 | 290,000.00 | 58,713.89 | 19.10 | | 140,002.96 | 348,732.99 | 140,002.96 |
| May-03 | 75,699.05 | 131,024.66 | | 32,524.09 | 180,769.00 | | 32,468.74 | 55.35 | | 131,024.66 | 32,524.09 | 131,024.66 |
| Jun-03 | 293,407.38 | 145,162.47 | | 373,630.88 | 285,744.12 | 275,000.00 | 98,582.50 | 48.38 | | 145,162.47 | 373,630.88 | 145,162.47 |
| Jul-03 | 180,769.00 | 268,655.76 | | 831,067.95 | 559,680.99 | 831,000.00 | (0.00) | 67.95 | 91,022.90 | 268,655.76 | 831,067.95 | 268,655.76 |
| Aug-03 | 285,744.12 | 557,131.08 | | | | | | | | 557,131.08 | | 466,108.18 |

City of Dixon - RSCDA Account - January 1991 through April 2012
PO Box 386, RSCDA, Dixon, IL 61021
Fifth Third Bank - A/C #4003609530 **

RSCDA - RITA CRUNDWELL

| | Beginning Balance | Checks | Withdrawals/ Debits | Deposits/ Credits | Ending Balance | Dep. From City of Dixon Cap. Dev. Fund | Other City of Dixon Deposits | Interest | City of Dixon Expenses | Total Checks/ Withdrawals | Total City of Dixon Deposits | Total Rita Crundwell Exp. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sep-03 | 559,680.99 | 261,856.02 | | 9,036.04 | 306,861.01 | | 8,911.04 | 125.00 | | 261,856.02 | 9,036.04 | 261,856.02 |
| Oct-03 | 306,861.01 | 366,965.01 | | 277,401.09 | 217,297.09 | 225,000.00 | 52,297.14 | 103.95 | | 366,965.01 | 277,401.09 | 366,965.01 |
| Nov-03 | 217,297.09 | 476,285.92 | | 525,779.18 | 266,790.35 | 500,000.00 | 25,735.00 | 44.18 | | 476,285.92 | 525,779.18 | 476,285.92 |
| Dec-03 | 266,790.35 | 287,175.18 | | 79,391.36 | 59,006.53 | | 79,347.20 | 44.16 | 17,775.00 | 287,175.18 | 79,391.36 | 269,400.18 |
| Jan-04 | 59,006.53 | 226,673.70 | | 282,946.17 | 115,279.00 | 280,000.00 | 2,921.96 | 24.21 | | 226,673.70 | 282,946.17 | 226,673.70 |
| Feb-04 | 115,279.00 | 166,011.34 | | 154,608.52 | 103,876.18 | 150,000.00 | 4,572.57 | 35.95 | | 166,011.34 | 154,608.52 | 166,011.34 |
| Mar-04 | 103,876.18 | 278,479.08 | | 318,750.65 | 144,147.75 | 275,000.00 | 43,681.90 | 68.75 | 52,861.11 | 278,479.08 | 318,750.65 | 225,617.97 |
| Apr-04 | 144,147.75 | 147,181.46 | | 67,057.79 | 64,024.08 | 57,790.72 | 9,249.56 | 17.51 | | 147,181.46 | 67,057.79 | 147,181.46 |
| May-04 | 64,024.08 | 263,187.68 | | 235,028.54 | 35,864.94 | 235,000.00 | 0.00 | 28.54 | | 263,187.68 | 235,028.54 | 263,187.68 |
| Jun-04 | 35,864.94 | 209,225.31 | | 328,207.04 | 154,846.67 | 325,000.00 | 3,150.45 | 56.59 | | 209,225.31 | 328,207.04 | 209,225.31 |
| Jul-04 | 154,846.67 | 264,306.38 | | 652,827.31 | 543,367.60 | 605,000.00 | 47,733.76 | 93.55 | | 264,306.38 | 652,827.31 | 264,306.38 |
| Aug-04 | 543,367.60 | 285,730.29 | | 6,246.49 | 263,883.80 | | 6,126.17 | 120.32 | | 285,730.29 | 6,246.49 | 285,730.29 |
| Sep-04 | 263,883.80 | 321,442.58 | | 356,047.46 | 298,488.68 | 330,000.00 | 25,979.20 | 68.26 | | 321,442.58 | 356,047.46 | 321,442.58 |
| Oct-04 | 298,488.68 | 223,864.27 | | 316,804.05 | 391,428.46 | 275,000.00 | 41,681.86 | 122.19 | | 223,864.27 | 316,804.05 | 223,864.27 |
| Nov-04 | 391,428.46 | 823,829.35 | | 668,275.28 | 235,874.39 | 634,000.00 | 34,177.80 | 97.48 | | 823,829.35 | 668,275.28 | 823,829.35 |
| Dec-04 | 235,874.39 | 301,631.01 | | 278,658.44 | 212,901.82 | 275,000.00 | 3,593.36 | 65.08 | | 301,631.01 | 278,658.44 | 301,631.01 |
| Jan-05 | 212,901.82 | 244,938.39 | | 548,157.35 | 516,120.78 | 475,000.00 | 73,107.15 | 50.20 | | 244,938.39 | 548,157.35 | 244,938.39 |
| Feb-05 | 516,120.78 | 226,182.51 | 12,105.65 | 106.60 | 277,939.22 | | | 106.60 | | 238,288.16 | 106.60 | 238,288.16 |
| Mar-05 | 277,939.22 | 400,749.47 | 6,218.73 | 380,063.76 | 251,034.78 | 375,000.00 | 4,993.68 | 70.08 | | 406,968.20 | 380,063.76 | 406,968.20 |
| Apr-05 | 251,034.78 | 140,693.38 | 29,045.25 | 66,619.92 | 147,916.07 | | 66,561.62 | 58.30 | | 169,738.63 | 66,619.92 | 169,738.63 |
| May-05 | 147,916.07 | 253,963.01 | 2,656.73 | 352,250.70 | 243,547.03 | 275,000.00 | 77,199.48 | 51.22 | | 256,619.74 | 352,250.70 | 256,619.74 |
| Jun-05 | 243,547.03 | 307,709.32 | 16,947.26 | 326,765.94 | 245,656.39 | 325,000.00 | 1,688.98 | 76.96 | | 324,656.58 | 326,765.94 | 324,656.58 |
| Jul-05 | 245,656.39 | 221,268.21 | 8,009.44 | 616,654.16 | 633,032.90 | 515,000.00 | 101,564.29 | 89.87 | | 229,277.65 | 616,654.16 | 229,277.65 |
| Aug-05 | 633,032.90 | 641,526.17 | 4,691.62 | 71,568.63 | 58,383.74 | | 71,469.78 | 98.85 | | 646,217.79 | 71,568.63 | 646,217.79 |
| Sep-05 | 58,383.74 | 584,488.10 | 27,094.50 | 793,286.53 | 240,087.67 | 699,000.00 | 94,223.67 | 62.86 | | 611,582.60 | 793,286.53 | 611,582.60 |
| Oct-05 | 240,087.67 | 510,284.27 | 4,560.73 | 622,078.73 | 347,321.40 | 539,000.00 | 82,947.50 | 131.23 | | 514,845.00 | 622,078.73 | 514,845.00 |
| Nov-05 | 347,321.40 | 460,323.99 | 7,525.91 | 279,040.58 | 158,512.08 | 279,000.00 | 0.00 | 40.58 | | 467,849.90 | 279,040.58 | 467,849.90 |
| Dec-05 | 158,512.08 | 518,470.25 | 15,579.65 | 564,922.84 | 189,385.02 | 476,500.00 | 88,356.81 | 66.03 | | 534,049.90 | 564,922.84 | 534,049.90 |
| Jan-06 | 189,385.02 | 160,064.27 | 215,637.18 | 329,051.44 | 142,735.01 | 329,000.00 | 0.00 | 51.44 | | 375,701.45 | 329,051.44 | 375,701.45 |
| Feb-06 | 142,735.01 | 190,565.54 | 28,887.15 | 278,744.59 | 202,026.91 | 229,000.00 | 49,667.90 | 76.69 | | 219,452.69 | 278,744.59 | 219,452.69 |
| Mar-06 | 202,026.91 | 298,503.68 | 59,892.24 | 432,272.25 | 275,905.94 | 376,000.00 | 55,703.68 | 568.57 | | 358,393.22 | 432,272.25 | 358,393.22 |
| Apr-06 | 275,905.94 | 290,949.53 | 42,918.87 | 139,491.60 | 81,529.14 | 117,000.00 | 21,873.81 | 617.79 | | 333,868.40 | 139,491.60 | 333,868.40 |
| May-06 | 81,529.14 | 189,333.02 | 70,352.35 | 255,689.10 | 77,532.87 | 253,000.00 | 2,006.96 | 682.14 | | 259,685.37 | 255,689.10 | 259,685.37 |
| Jun-06 | 77,532.87 | 264,543.92 | 26,409.73 | 446,535.81 | 233,115.03 [2] | 441,000.00 | 4,450.00 | 1,085.81 | | 290,953.65 | 446,535.81 | 290,953.65 |
| Jul-06 | 233,115.03 | 309,131.61 | 159,032.52 | 915,370.62 | 680,321.52 | 896,000.00 | 17,975.94 | 1,394.68 | | 468,164.13 | 915,370.62 | 468,164.13 |
| Aug-06 | 680,321.52 | 674,857.54 | 56,526.30 | 207,143.19 | 156,080.87 | 157,000.00 | 49,139.38 | 1,003.81 | | 731,383.84 | 207,143.19 | 731,383.84 |
| Sep-06 | 156,080.87 | 210,600.15 | 131,052.30 | 475,240.54 | 289,668.96 | 420,000.00 | 54,504.34 | 736.20 | | 341,652.45 | 475,240.54 | 341,652.45 |
| Oct-06 | 289,668.96 | 160,358.43 | 57,343.32 | 640,516.15 | 712,483.36 | 639,000.00 | | 1,516.15 | | 217,701.75 | 640,516.15 | 217,701.75 |
| Nov-06 | 712,483.36 | 258,940.55 | 136,712.71 | 2,137.80 | 318,967.90 | | | 2,137.80 | | 395,653.26 | 2,137.80 | 395,653.26 |
| Dec-06 | 318,967.90 | 360,332.26 | 26,061.58 | 327,226.23 | 259,800.29 | 296,500.00 | 29,643.02 | 1,083.21 | | 386,393.84 | 327,226.23 | 386,393.84 |
| Jan-07 | 259,800.29 | 218,826.81 | 125,558.34 | 505,483.73 | 420,898.87 | 505,000.00 | | 483.73 | | 344,385.15 | 505,483.73 | 344,385.15 |
| Feb-07 | 420,898.87 | 270,350.29 | 53,161.33 | 637.61 | 98,024.86 | | | 637.61 | | 323,511.62 | 637.61 | 323,511.62 |
| Mar-07 | 98,024.86 | 207,960.16 | 68,036.31 | 325,132.50 | 147,160.89 | 310,000.00 | 14,288.74 | 843.76 | | 275,996.47 | 325,132.50 | 275,996.47 |
| Apr-07 | 147,160.89 | 321,397.14 | 40,197.70 | 477,642.08 | 263,208.13 | 473,000.00 | 3,985.00 | 657.08 | | 361,594.84 | 477,642.08 | 361,594.84 |
| May-07 | 263,208.13 | 168,955.54 | 30,240.94 | 675,648.06 | 739,659.71 | 675,000.00 | | 648.06 | | 199,196.48 | 675,648.06 | 199,196.48 |
| Jun-07 | 739,659.71 | 798,489.71 | 4,972.02 | 476,016.37 | 325,214.35 | 475,000.00 | | 1,016.37 | | 890,461.73 | 476,016.37 | 890,461.73 |
| Jul-07 | 325,214.35 | 286,532.79 | 91,156.13 | 296,728.88 | 244,254.31 | 280,000.00 | 15,917.00 | 811.88 | 2,241.60 | 377,688.92 | 296,728.88 | 375,447.32 |
| Aug-07 | 244,254.31 | 333,324.75 | 37,884.10 | 290,876.82 | 163,922.28 | 290,000.00 | | 876.82 | | 371,208.85 | 290,876.82 | 371,208.85 |
| Sep-07 | 163,922.28 | 269,457.79 | 70,165.62 | 593,440.48 | 417,739.35 | 551,500.00 | 41,337.33 | 603.15 | | 339,623.41 | 593,440.48 | 323,706.41 |
| Oct-07 | 417,739.35 | 291,482.89 | 201,544.70 | 532,701.09 | 457,412.85 | 525,000.00 | 6,818.55 | 882.54 | 15,917.00 | 493,027.59 | 532,701.09 | 493,027.59 |
| Nov-07 | 457,412.85 | 296,114.75 | 53,634.69 | 288,125.73 | 395,789.14 | 287,500.00 | | 625.73 | | 349,749.44 | 288,125.73 | 349,749.44 |

City of Dixon - RSCDA Account - January 1991 through April 2012
PO Box 386, RSCDA, Dixon, IL 61021
Fifth Third Bank - A/C #003609530 **

RSCDA - RITA CRUNDWELL

| | Beginning Balance | Checks | Withdrawals/ Debits | Deposits/ Credits | Ending Balance | | Dep. From City of Dixon Cap. Dev. Fund | Other City of Dixon Deposits | Interest | City of Dixon Expenses | Total Checks/ Withdrawals | Total City of Dixon Deposits | Total Rita Crundwell Exp. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dec-07 | 395,789.14 | 327,905.24 | 117,707.82 | 257,046.83 | 207,222.91 | | 213,500.00 | 43,042.64 | 504.19 | - | 445,613.06 | 257,046.83 | 445,613.06 |
| Jan-08 | 207,222.91 | 467,323.53 | 66,691.75 | 480,204.39 | 153,412.02 | | 480,000.00 | - | 204.39 | - | 534,015.28 | 480,204.39 | 534,015.28 |
| Feb-08 | 153,412.02 | 329,038.29 | 133,199.29 | 406,422.06 | 97,596.50 | | 402,000.00 | 4,270.70 | 151.36 | - | 462,237.58 | 406,422.06 | 462,237.58 |
| Mar-08 | 97,596.50 | 167,427.27 | 49,830.13 | 398,660.43 | 278,999.53 | | 372,500.00 | 26,085.06 | 75.37 | 15,917.00 | 217,257.40 | 398,660.43 | 438,842.70 |
| Apr-08 | 278,999.53 | 241,263.80 | 68,823.87 | 195,049.64 | 163,961.50 | | 195,000.00 | - | 49.64 | 15,917.00 | 310,087.67 | 195,049.64 | 310,087.67 |
| May-08 | 163,961.50 | 251,223.73 | 63,471.16 | 314,394.83 | 163,661.44 | | 275,000.00 | 39,299.00 | 95.83 | - | 314,694.89 | 314,394.83 | 314,694.89 |
| Jun-08 | 163,661.44 | 368,726.15 | 20,251.40 | 520,187.33 | 294,871.22 | | 470,000.00 | 49,764.95 | 422.38 | - | 388,977.55 | 520,187.33 | 388,977.55 |
| Jul-08 | 294,871.22 | 778,431.63 | 123,207.36 | 839,038.10 | 232,270.33 | | 830,000.00 | 8,538.54 | 499.56 | 15,917.00 | 901,638.99 | 839,038.10 | 885,721.99 |
| Aug-08 | 232,270.33 | 373,450.25 | 42,366.52 | 350,481.77 | 166,935.33 | | 350,000.00 | - | 481.77 | 15,917.00 | 415,816.77 | 350,481.77 | 415,816.77 |
| Sep-08 | 166,935.33 | 535,499.75 | 133,918.32 | 636,823.19 | 134,340.45 | | 566,000.00 | 70,549.88 | 273.31 | - | 669,418.07 | 636,823.19 | 623,582.82 |
| Oct-08 | 134,340.45 | 236,672.17 | 107,624.99 | 668,800.87 | 458,844.16 | | 667,500.00 | 1,075.00 | 225.87 | 45,835.25 | 344,297.16 | 668,800.87 | 344,297.16 |
| Nov-08 | 458,844.16 | 553,826.93 | 77,600.96 | 501,220.53 | 328,636.80 | | 501,000.00 | - | 220.53 | - | 631,427.89 | 501,220.53 | 631,427.89 |
| Dec-08 | 328,636.80 | 396,605.25 | 128,741.09 | 557,112.75 | 360,403.21 | | 557,000.00 | - | 112.75 | - | 525,346.34 | 557,112.75 | 525,346.34 |
| Jan-09 | 360,403.21 | 268,046.42 | 174,843.96 | 262,619.18 | 180,132.01 | | 205,000.00 | 57,584.17 | 35.01 | 15,917.00 | 442,890.38 | 262,619.18 | 426,973.38 |
| Feb-09 | 180,132.01 | 375,242.00 | 57,462.42 | 385,033.17 | 132,460.76 | | 385,000.00 | - | 33.17 | - | 432,704.42 | 385,033.17 | 432,704.42 |
| Mar-09 | 132,460.76 | 192,433.94 | 58,890.04 | 429,343.11 | 310,479.89 | | 425,000.00 | 4,304.62 | 38.49 | - | 251,323.98 | 429,343.11 | 251,323.98 |
| Apr-09 | 310,479.89 | 600,874.74 | 67,809.71 | 478,652.84 | 120,448.28 | | 432,000.00 | 46,611.73 | 41.11 | - | 668,684.45 | 478,652.84 | 668,684.45 |
| May-09 | 120,448.28 | 378,997.31 | 76,849.91 | 621,208.11 | 285,809.17 | | 615,000.00 | 6,178.22 | 29.89 | - | 455,847.22 | 621,208.11 | 455,847.22 |
| Jun-09 | 285,809.17 | 404,819.09 | 22,008.18 | 620,040.13 | 479,022.03 | | 620,000.00 | - | 40.13 | - | 426,827.27 | 620,040.13 | 426,827.27 |
| Jul-09 | 479,022.03 | 568,499.30 | 198,457.65 | 615,901.03 | 327,966.11 | | 585,000.00 | 30,860.53 | 40.50 | - | 766,956.95 | 615,901.03 | 766,956.95 |
| Aug-09 | 327,966.11 | 236,498.06 | 89,152.59 | 210,058.73 | 94,174.19 | | 210,000.00 | - | 58.73 | - | 443,850.65 | 210,058.73 | 443,850.65 |
| Sep-09 | 94,174.19 | 463,883.70 | 106,693.81 | 765,029.30 | 288,625.98 | | 765,000.00 | - | 29.30 | - | 570,577.51 | 765,029.30 | 570,577.51 |
| Oct-09 | 288,625.98 | 279,313.84 | 16,311.29 | 350,036.82 | 343,037.67 | | 350,000.00 | - | 36.82 | - | 295,625.13 | 350,036.82 | 295,625.13 |
| Nov-09 | 343,037.67 | 184,119.81 | 193,624.46 | 305,033.92 | 270,327.32 | | 305,000.00 | - | 33.92 | - | 377,744.27 | 305,033.92 | 377,744.27 |
| Dec-09 | 270,327.32 | 350,622.67 | 131,510.04 | 275,029.90 | 63,224.51 | | 275,000.00 | - | 29.90 | - | 482,132.71 | 275,029.90 | 482,132.71 |
| Jan-10 | 63,224.51 | 365,565.29 | 73,277.41 | 631,018.49 | 255,400.30 | | 631,000.00 | - | 18.49 | - | 438,842.70 | 631,018.49 | 438,842.70 |
| Feb-10 | 255,400.30 | 373,473.10 | 37,384.55 | 263,316.17 | 107,858.82 | | 247,500.00 | 15,792.00 | 24.17 | - | 410,857.65 | 263,316.17 | 410,857.65 |
| Mar-10 | 107,858.82 | 323,637.65 | 114,110.33 | 371,885.80 | 41,996.64 | | 358,000.00 | 13,868.17 | 17.63 | - | 437,747.98 | 371,885.80 | 437,747.98 |
| Apr-10 | 41,996.64 | 427,796.52 | 73,855.98 | 475,322.91 | 15,667.05 | [3] | 459,500.00 | 15,803.66 | 19.25 | - | 501,652.50 | 475,322.91 | 501,652.50 |
| May-10 | 15,667.05 | 412,275.73 | 36,989.91 | 612,522.89 | 178,924.30 | [4] | 612,500.00 | - | 22.89 | - | 449,265.64 | 612,522.89 | 449,265.64 |
| Jun-10 | 178,924.30 | 499,836.42 | 136,901.79 | 500,015.21 | 42,201.30 | | 500,000.00 | - | 15.21 | 15,803.66 | 636,738.21 | 500,015.21 | 620,934.55 |
| Jul-10 | 42,201.30 | 293,828.78 | 217,337.42 | 616,962.10 | 147,997.20 | | 610,000.00 | 6,942.00 | 20.10 | - | 511,166.20 | 616,962.10 | 511,166.20 |
| Aug-10 | 147,997.20 | 248,080.02 | 4,638.85 | 330,020.12 | 225,298.45 | | 330,000.00 | - | 20.12 | - | 252,718.87 | 330,020.12 | 252,718.87 |
| Sep-10 | 225,298.45 | 495,282.83 | 265,149.44 | 575,024.03 | 39,890.21 | | 575,000.00 | - | 24.03 | - | 760,432.27 | 575,024.03 | 760,432.27 |
| Oct-10 | 39,890.21 | 332,459.19 | 14,645.68 | 455,020.39 | 147,805.73 | | 455,000.00 | - | 20.39 | - | 347,104.87 | 455,020.39 | 347,104.87 |
| Nov-10 | 147,805.73 | 307,671.33 | 148,358.14 | 386,022.42 | 77,798.68 | | 386,000.00 | - | 22.42 | - | 456,029.47 | 386,022.42 | 456,029.47 |
| Dec-10 | 77,798.68 | 279,650.84 | 174,115.31 | 458,019.14 | 82,051.67 | | 450,000.00 | 8,000.00 | 19.14 | - | 453,766.15 | 458,019.14 | 453,766.15 |
| Jan-11 | 82,051.67 | 270,237.33 | 55,566.08 | 280,010.93 | 36,259.19 | [3] | 280,000.00 | - | 10.93 | - | 325,803.41 | 280,010.93 | 325,803.41 |
| Feb-11 | 36,259.19 | 344,185.31 | 117,235.35 | 435,169.64 | 10,008.17 | [4] | 435,000.00 | - | 12.64 | - | 461,420.66 | 435,169.64 | 461,420.66 |
| Mar-11 | 10,008.17 | 197,073.44 | 128,138.96 | 320,006.72 | 4,802.49 | [3] | 320,000.00 | 157.00 | 6.72 | - | 325,212.40 | 320,006.72 | 325,212.40 |
| Apr-11 | 4,802.49 | 358,909.26 | 60,054.58 | 425,016.14 | 10,854.79 | | 425,000.00 | - | 16.14 | - | 418,963.84 | 425,016.14 | 418,963.84 |
| May-11 | 10,854.79 | 267,179.80 | 40,783.33 | 366,823.09 | 69,714.75 | | 366,810.00 | - | 13.09 | - | 307,963.13 | 366,823.09 | 307,963.13 |
| Jun-11 | 69,714.75 | 170,631.15 | 43,451.84 | 150,008.34 | 5,640.10 | | 150,000.00 | - | 8.34 | - | 214,082.99 | 150,008.34 | 214,082.99 |
| Jul-11 | 5,640.10 | 76,075.66 | 90,307.01 | 315,014.80 | 154,272.23 | | 315,000.00 | - | 14.80 | - | 166,382.67 | 315,014.80 | 166,382.67 |
| Aug-11 | 154,272.23 | 265,200.05 | 76,409.75 | 199,291.07 | 11,953.50 | | 125,000.00 | 74,274.27 | 16.80 | - | 341,609.80 | 199,291.07 | 341,609.80 |
| Sep-11 | 11,953.50 | 360,493.13 | 266,605.70 | 785,018.35 | 169,873.02 | | 785,000.00 | - | 18.35 | - | 627,098.83 | 785,018.35 | 627,098.83 |
| Oct-11 | 169,873.02 | 412,182.28 | 1,777.93 | 296,492.57 | 52,405.38 | | 275,000.00 | 21,473.01 | 19.56 | - | 413,960.21 | 296,492.57 | 413,960.21 |
| Nov-11 | 52,405.38 | 383,727.65 | 141,151.84 | 595,028.50 | 122,554.39 | | 595,000.00 | - | 28.50 | - | 524,879.49 | 595,028.50 | 524,879.49 |
| Dec-11 | 122,554.39 | 403,165.49 | 153,330.39 | 495,032.07 | 61,090.58 | | 495,000.00 | - | 32.07 | - | 556,495.88 | 495,032.07 | 556,495.88 |
| Jan-12 | 61,090.58 | 329,392.59 | 75,233.21 | 384,831.97 | 41,296.75 | | 373,000.00 | 11,815.30 | 16.67 | - | 404,625.80 | 384,831.97 | 404,625.80 |
| Feb-12 | 41,296.75 | 241,544.36 | 137,244.79 | 515,093.61 | 177,601.21 | | 510,000.00 | 5,077.68 | 15.93 | - | 378,789.15 | 515,093.61 | 378,789.15 |

City of Dixon - RSCDA Account - January 1991 through April 2012
PO Box 386, RSCDA, Dixon, IL 61021
Fifth Third Bank - A/C #4003609530 **

### RSCDA - RITA CRUNDWELL

| | Beginning Balance | Checks | Withdrawals/ Debits | Deposits/ Credits | Ending Balance | Dep. From City of Dixon Cap. Dev. Fund | Other City of Dixon Deposits | Interest | City of Dixon Expenses | Total Checks/ Withdrawals | Total City of Dixon Deposits | Total Rita Crundwell Exp. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mar-12 | 177,601.21 | 387,618.00 | 18,392.89 | 525,019.20 | 296,609.52 | 525,000.00 | - | 19.20 | 74,274.27 | 406,010.89 | 525,019.20 | 331,736.62 |
| Apr-12 | 296,609.52 | 327,953.87 | 77,807.57 | 300,509.67 | 191,357.75 | 300,000.00 | 495.85 | 13.82 | - | 405,761.44 | 300,509.67 | 405,761.44 |
| | 47,961,922.98 | 7,117,185.10 | 55,256,072.57 | | | 49,162,270.20 | 6,058,080.71 | 35,721.66 | 1,338,713.27 | 55,079,108.08 | 55,256,072.57 | 53,740,394.81 |

[1] Missing bank account information from November 1995, all of 1996, and January through March of 1997.
[2] $300,000 was transferred into 9530 from 8373 (Sales Tax Fund) on 06/09/06, then transferred out of 9530 into 7503 (Cap Dev Fund) on 06/13/06 - net amounts shown here.
[3] Bank error
[4] Bank error corrected

** The above listed RSCDA account was maintained at the following named entities:

| | | |
|---|---|---|
| First Bank South | 12/18/90 | 04/04/97 |
| Grand National Bank | 04/05/97 | 04/16/00 |
| Old Kent Bank | 04/17/00 | 06/08/01 |
| Fifth Third Bank | 06/09/01 | Present |