# INVOICE

| | |
|---|---|
| INVOICE NO. | 102964 |
| RESP. CODE | 8040 |
| INVOICE DATE | 09/01/09 |
| REVENUE CODE | 6305 |
| AUDIT NUMBER | |
| PAYER NUMBER | 06614 |

DIXON, CITY OF
C/O City Clerk
City Hall
Dixon
IL 61021

---

| EXPLANATION OF CHARGES | PAY FROM THIS INVOICE |
|---|---|

LOCATION:　　　　North Court/North Galena Avenue Intersection/North
LOCAL SECTION:　Sewer Separation & Relocation
ROUTE　　：　FA316
SECTON　　：　101RS-3
COUNTY　　：　Lee
JOB NO.　　：　SS-32-815-06
PROJECT NO.:　FAS-06-14-022/361
CONTRACT NO.:　999867

*Paid 9/8
check # 532*

The Agreement executed between DIXON, CITY OF, and the State of Illinois provides that the city will reimburse the state for part of the construction costs.

　　CITY SHARE: $2,800,000.00

| | | |
|---|---|---|
| City Share | $2,800,000.00 | |
| Less Previous Payments | ($805,000.00) | |
| Balance Due | | $1,995,000.00 |

| | | |
|---|---|---|
| Payment Due Date: 09/15/09 | NOW DUE | $350,000.00 |

**PLEASE MAKE CHECK PAYABLE TO TREASURER, STATE OF ILLINOIS
AND MAIL TO:** Illinois Department of Transportation
　　　　　　　　Room 322, Harry R. Hanley Building
　　　　　　　　2300 So. Dirksen Parkway
　　　　　　　　Springfield, IL  62764



GOVERNMENT EXHIBIT 6