

**U.S. Department of Justice**

United States Attorney
Northern District of Illinois
Western Division

---

*Joseph C. Pedersen*      327 South Church Street, Suite 3300    PH: (815) 987-4444
*Assistant U.S. Attorney*     Rockford, Illinois 61101    FAX: (815) 987-4236

February 13, 2013

Honorable Philip G. Reinhard
United States District Court Judge

    Re:    *United States v. Rita A. Crundwell*, No. 12 CR 50027

Dear Judge Reinhard:

    Pursuant to your minute order dated February 11, 2012, please find enclosed copies of the signature page and application for the RSDCA account, 5 representative checks written on the Capital Development Account and deposited into the RSCDA account, 5 representative checks written on the RSCDA account and deposited into defendant's personal (account number 198722) and business (account number 024279) accounts at the First National Bank of Amboy.

    I have also attached the monthly bank statement for the RSCDA account for September 2009 and the deposit and withdrawal items for that month as well. The statement and records include checks related to the stipulated offense of money laundering and also provide samples of checks that defendant wrote on the RSCDA account to pay her personal and business expenses. The September 2009 bank statement also includes electronic withdrawal items including several large payments to credit cards companies for the defendant's credit card bills. The government attached several summaries prepared by FBI Special Agent Patrick Garry to the government's official version letter dated December 5, 2012. Included in those summaries is a summary of payments from the RSCDA by recipient from highest to lowest. The defendant's two First National Bank accounts were the largest payee, receiving approximately $8 million. However, the remaining $43 million was spent directly out of the RSCDA account either through the defendant writing and signing checks or through electronic direct payments.

    Very truly yours,

    GARY S. SHAPIRO
    United States Attorney

    By: /s Joseph C. Pedersen
    JOSEPH C. PEDERSEN
    Assistant United States Attorney

Enclosure

cc:  Kristin Carpenter, Esq.      Jennifer Taborski
    Paul E. Gaziano, Esq.      United States Probation Officer
    202 W. State Street, Suite 600      327 South Church Street Room 1400
    Rockford, Illinois 61101      Rockford, Illinois 61101