# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 12 CR 50027 | DATE | 2/14/2013 |
| CASE TITLE | USA vs. Rita A Crundwell | | |

**DOCKET ENTRY TEXT:**

Sentencing hearing held. Defendant's oral motion for witnesses to be excluded from the courtroom prior to testifying is granted with the exception of the case agent. United States' motion for upward variance [52] is granted. United States' motion for entry of preliminary order of forfeiture [57] is granted. The Court further orders that defendant's non-exempt assets are to be turned over which include her interest in an account which is similar to a 401(k); she will assign to the government two notes payable in her favor from two Dixon administrators who had borrowed money from her; and another check which is payable to her in an amount in excess of $5000.00. Enter Judgment in a Criminal Case.

*Docketing to mail notices.*

02:30

**FILED**
FEB 1 5 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | JT |
|---|---|---|