EXHIBIT A

PARCEL NO. 1: That part of the West Half of the Northeast Quarter of Section 10, Township 21 North, Range 9 East of the Fourth Principal Meridian, North of Tollway right of way, in LEE COUNTY, Illinois

PARCEL NO. 2: The Northeast Quarter (NE 1/4) of Section Seventeen (17), in Township Twenty-one (21) North, Range Nine (9) East of the Fourth Principal Meridian, EXCEPT a tract in the Northwest corner of said Quarter Section described as follows: Commencing at the Northwest corner of said Quarter Section and running East 14.145 chains; thence South 17 1/2 chains; thence West 14.145 chains; thence North 17 1/2 chains to the place of beginning,

ALSO EXCEPTING that part taken by State Toll Highway Authority described as: That part of the Northeast Quarter of Section 17, Township 21 North, Range 9 East of the Fourth Principal Meridian, described as follows: Beginning at Station 2830+00.12 on the centerline of a highway known as the East-West Tollway Extension, thence Northerly along a line 14.145 chains East of the West line of the Northeast Quarter of Section 17 to a point 125 feet Northwesterly from said centerline, thence Northeasterly to a point 125 feet Northwesterly from Station 2836+12.71 of said centerline, thence Northeasterly along a line toward a point 130 feet Northwesterly from Station 2840+00.0 of said Centerline to the North line of Section 17, which North line intersects said centerline at Station 2840+78.0 of said centerline, thence Easterly along said North line to a line between points 130 feet Southeasterly from Station 2840+00.0 and 140 feet Southeasterly from Station 2844+00.0, both stations of said centerline, thence Southwesterly to said point 130 feet Southeasterly from Station 2840+00.0, thence Southwesterly and parallel to said centerline to a point Southeasterly from Station 2830+00.0 of said centerline, thence Southwesterly to a point 125 feet Southeasterly from Station 2829+00.0 of said centerline, thence Southwesterly and parallel to said centerline to said line East of said West line, thence Northerly to the point of beginning; distances referred to the highway centerline are normal to said centerline unless otherwise stated. Said centerline was surveyed and staked by the Illinois State Toll Highway Authority and recorded in Book G of Plats, pages 61 and 62 in the Recorder's Records of Lee County,

ALSO EXCEPTING therefrom that part of the Northeast Quarter of Section 17, Township 21 North, Range 9 East of the Fourth Principal Meridian, described as follows: Beginning at Station 2817+02.28 on the centerline of a highway known as the East-West Tollway Extension, thence Northerly along the West line of the Northeast Quarter of Section 17 to a line between points 150 feet Northwesterly from Station 2817+00.0 and 125 feet Northwesterly from Station 2819+00.0, both stations of said centerline, thence Northeasterly to said point 125 feet Northwesterly from Station 2819+00.0, thence Northeasterly and parallel to said centerline to a line 17.5 chains South of the North line of Section 17, which line South of said North line intersects said centerline at Station 2824+38.37 of said centerline, thence Easterly along said line South of said North line to a point 125 feet Southeasterly from said centerline, thence Southwesterly to a point

125 feet Southeasterly from Station 2817+00.0 of said centerline, thence Southwesterly to a point 135 feet Southeasterly from Station 2816+00.0 of said centerline, thence Southwesterly and parallel to said centerline to said West line, thence Northerly to the point of beginning, all in LEE COUNTY, Illinois

PARCEL NO. 3: All of the Northwest Quarter (NW 1/4) of Section Ten (10), in Township Twenty-one (21) North, Range Nine (9) East of the Fourth Principal Meridian,

EXCEPTING such part thereof as may be used for railways or highways, and Excepting a part of the North Half (N 1/2) of said Northwest Quarter (NW 1/4) of said Section Ten (10), described as follows, towit: Commencing at a point where the Southern boundary of the right of way of the Chicago and NorthWestern Railroad Company intersects the West line of said Section Ten (10), and running thence South upon the Section line 684 feet; thence Easterly parallel with the said Southerly boundary of said Railroad Company, 1910 1/2 feet; thence North parallel with the West line of said Section, 684 feet to the Southern boundary of said Railroad right way; and thence Westerly along said Southern boundary of said right of way 1910 1/2 feet to the place of beginning;

ALSO EXCEPTING a part of said Northwest Quarter (NW,) of said Section Ten (10), described as follows: Commencing at the Southwest corner of the Northwest Quarter of Section 10; thence Northerly 0 degrees 19 minutes 43 seconds East along West line of said Section 10, 38.87 feet to the point of beginning: thence North 0 degrees 19 minutes 43 seconds East along the West line of Section, 400 feet to a point on said Section line; thence North 70 degrees 37 minutes 28 seconds East, 769.46 feet to a point; thence South 0 degrees 19 minutes 43 seconds West, 431.33 feet to a point; thence South 70 degrees 37 minutes 28 seconds West 650.0 feet to a point; thence South 85 degrees 46 minutes 54 seconds West, 112.83 feet to the point of beginning;

ALSO EXCEPTING a tract described as follows: Commencing at the West Quarter corner of Section Ten (10); thence North 0 degrees 19 minutes 43 seconds East along the West line of said Section Ten (10), 438.87 feet to a point on said Section line; thence North 70 degrees 37 minutes 28 seconds East 769.46 feet to the point of beginning; thence North 0 degrees 19 minutes 43 seconds East, 22.74 feet to a point; thence North 46 degrees 04 minutes 02 seconds East, 145.81 feet to a point; thence South 33 degrees 20 minutes 39 seconds East, 193.80 feet to a point; thence South 17 degrees 29 minutes 40 seconds West, 262.50 feet to a point; thence South 43 degrees 24 minutes 30 seconds West, 196.79 feet to a point; thence North 0 degrees 19 minutes 43 seconds East, 431.33 feet to the point of beginning;

ALSO EXCEPTING that part taken by the State Toll Highway Authority by Condemnation in Case No. 71-8L-320, Circuit Court of Lee County;

ALSO EXCEPTING THEREFROM: Commencing at the Southwest corner of the Northwest Quarter of Section 10; thence Northerly along West line of said Northwest Quarter of Section 10, 1,816.05 feet to centerline of U.S. Route 52; thence Southeasterly along centerline of U.S. Route

52 at an angle of 44 degrees 13 minutes 29 seconds measured counterclockwise, 662.18 feet; thence Southwesterly at a right angle of 40.6 feet to a point on right of way line of U.S. Route 52 also being the Point of Beginning for the following described tract of land; thence Southwesterly at an angle of 169 degrees 20 minutes measured clockwise, 122.03 feet; thence Southeasterly at an angle of 119 degrees 51 minutes measured clockwise, 108.98 feet; thence Northeasterly at an angle of 84 degrees 52 minutes measured clockwise 44.95 feet; thence Southeasterly at an angle of 259 degrees 38 minutes measured clockwise, 126.95 feet; thence Northeasterly at an angle of 97 degrees 56 minutes measured clockwise, 74.35 feet to right of way of U.S. Route 52; thence Northwesterly along right of way line of U.S. Route 52 at an angle of 84 degrees 10 minutes 30 seconds measured clockwise, 78.51 feet; thence Northwesterly along said right of way line of U.S. Route 52 at an angle of 185 degrees 23 minutes 30 seconds measured clockwise, 203.84 feet to Point of Beginning, containing 0.588 acres of land,

ALSO EXCEPTING THEREFROM: Commencing at the Southwest corner of the Northwest Quarter of Section 10; thence Northerly along West line of said Northwest Quarter of Section 10, 1,816.05 feet to centerline of U.S. Route 52; thence Southeasterly along centerline of U.S. Route 52 at an angle of 44 degrees 13 minutes 29 seconds measured counterclockwise, 662.18 feet; thence Southwesterly at a right angle of 40.6 feet to a point on right of way line of U.S. Route 52; thence Southeasterly at an angle of 101 degrees 11 minutes measured clockwise along right of way line of U.S. Route 52, 203.84 feet; thence Southeasterly at an angle of 185 degrees 23 minutes 30 seconds measured counterclockwise 78.51 feet for a Point of Beginning; thence continuing along aforementioned line, 72.24 feet; thence Southeasterly along right of way line of U.S. Route 52 at an angle of 186 degrees 07 minutes 30 seconds measured counterclockwise, 210.91 feet; thence Westerly at an angle of 45 degrees 58 minutes measured counterclockwise, 281.30 feet; thence Northwesterly at an angle of 117 degrees 04 minutes measured counterclockwise, 258.61 feet; thence Northeasterly at an angle of 92 degrees 35 minutes measured counterclockwise, 72.91 feet; thence Southeasterly at an angle of 100 degrees 22 minutes measured counterclockwise, 126.95 feet; thence Northeasterly at an angle of 262 degrees 04 minutes measured counterclockwise, 74.35 feet to Point of Beginning,

ALSO EXCEPTING: A part of the Northwest Quarter of Section 10, Township 21 North, Range 9 East of the Fourth Principal Meridian described as follows: Commencing at the Southwest corner of the Northwest Quarter of Section 10; thence Northerly along West line of said Northwest Quarter of Section 10, 1,816.05 feet to centerline of U.S. Route 52; thence Southeasterly along centerline of U.S. Route 52 at an angle of 44 degrees 13 minutes 29 seconds measured counterclockwise, 662.18 feet; thence Southwesterly at a right angle of 40.6 feet to a point on right of way line of U.S. Route 52 also being the Point of Beginning for the following described tract of land; thence Southwesterly at an angle of 169 degrees 20 minutes measured clockwise 122.03 feet; thence Northwesterly at an angle of 79 degrees 20 minutes measured counterclockwise 160.95 feet; thence Northeasterly at a right angle 119.92 feet to a point 40.6

feet perpendicularly distant from the centerline of U.S. Route 52; thence Southeasterly at a right angle 138.36 feet to the point of beginning,

ALSO EXCEPTING THEREFROM: Commencing at the Southwest Corner of the Northwest Quarter of Section 10; thence Northerly on the West Line of said Section 10, said line having a bearing of North 0 degrees 27 minutes 36 seconds East, a distance of 1813.29 feet (1816 feet Plat) to point in the Center Line of a public highway designated as F.A. Route 694 (U.S. Route 52), said point being the Point of Beginning of the hereinafter described parcel of land; thence continuing Northeasterly on said West Line, a distance of 40.04 feet to a point; thence Easterly on a line having a bearing of North 89 degrees 55 minutes 02 seconds East, a distance of 44.35 feet to a point; thence Southeasterly on a line having a bearing of South 43 degrees 48 minutes 42 seconds East, a distance of 557.21 feet to a point; thence Southeasterly on a line having a bearing of South 49 degrees 30 minutes 31 seconds East, a distance of 100.74 feet to a point; thence Southeasterly on a line having a bearing of South 43 degrees 48 minutes 42 seconds East, a distance of 300.00 feet to a point in the Northeasterly Right-of-Way line of said U.S. Route 52 (F.A. Route 694); thence Northwesterly on said Northeasterly Right-of-Way Line, said line having a bearing of North 57 degrees 14 minutes 07 seconds West, a distance of 154.21 feet to a point; thence Southwesterly on a line having a bearing of South 46 degrees 11 minutes 18 seconds West, a distance of 34.20 feet to a point in said Center Line of F.A. Route 694 (U.S. Route 52); thence Northwesterly on said Center Line, said line having a bearing of North 43 degrees 48 minutes 42 seconds West, a distance of 150.00 feet to a point; thence Southwesterly on a line having a bearing of South 46 degrees 11 minutes 15 seconds West, a distance of 40.60 feet to a point in the Southwesterly Right-of-Way Line of said U.S. Route 52 (F.A. Route 694) said line also being the Northeasterly Line of said premises conveyed to Rita A. Crundwell from Dixon National Bank, Trustee, Trust Number 1651 by Trustee's Deed recorded September 17, 1987 in Book 8709 at page 725 as Document Number 481161 in the Recorder's Office of Lee County; thence Northwesterly on said Southwesterly Right-of-Way Line, said line being a curve having a radius of 4257.18 feet and the center bears South 47 degrees 11 minutes 16 seconds West, an arc length of 75.44 feet to a point; thence continuing Northwesterly on said Southwesterly Right-of-Way Line, said line having a bearing of North 43 degrees 48 minutes 42 seconds West, a distance of 62.92 feet to the Northerly Property Corner of said premises so conveyed; thence Southwesterly on the Northwesterly Line of said premises so conveyed, said line having a bearing of South 46 degrees 11 minutes 18 seconds West, a distance of 25.00 feet to a point; thence Northwesterly on a line having a bearing of North 43 degrees 48 minutes 42 seconds West, a distance of 361.88 feet to a point; thence Northwesterly on a line having a bearing of North 46 degrees 40 minutes 27 seconds West, a distance of 88.12 feet to a point in the West Line of said Section 10; thence Northerly on the West Line of said Section 10, said line having a bearing of North 0 degrees 27 minutes 36 seconds East, a distance of 99.42 feet to the Point of Beginning.

\\10.1.1.4\Data\Docs\Partnership\Dwb\HumphreyFamilyFarms\960267\Crundwell Forfeiture Order\Exhibit A to Petition to Adjudicate.docx

4