## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### FINAL JUDGMENT

November 15, 2013

*Before*

**FRANK H. EASTERBROOK**, *Circuit Judge*

**MICHAEL S. KANNE**, *Circuit Judge*

**JOHN DANIEL TINDER**, *Circuit Judge*

| | |
|---|---|
| No.: 13-1407 | UNITED STATES OF AMERICA, Plaintiff - Appellee<br><br>v.<br><br>RITA A. CRUNDWELL, Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 3:12-cr-50027-1<br>Northern District of Illinois, Western Division<br>District Judge Philip G. Reinhard | |

The judgment of the District Court is **AFFIRMED** in accordance with the decision of this court entered on this date.

form name: c7_FinalJudgment(form ID: **132**)