FILED

SEP 2 5 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Rita A. Crundwell #44540-424
Federal Correctional Institution-Unit A
P.O. Box 1731
Waseca, MN    56093

September 22, 2014

Zachary T. Fardon, U.S. Attorney          and    Nathan Lent, Affirmative Lit. Clerk
c/o Joseph A. Stewart, Asst. U.S. Attorney        U.S. Department of Justice
U.S. Department of Justice                        Dirksen Federal Courthouse
219 South Dearborn Street                         219 South Dearborn Street, 20th Floor
Chicago, IL    60604                              Chicago, IL    60604

RE:  U.S. v. Rita Crundwell  12 CR 50027 (N.D. Ill.)

Gentlemen:

I have today received in the mail copies of "Notice of Motion" and "Motion for
Turnover Order" for both the IL Municipal Retirement Fund and the Nationwide
Retirement Solutions concerning funds that are being held on my behalf.  The Notice of
Motions give 9/29/14 at 9:30 a.m. for action on the Motion for Turnover Order for both
of the above listed.

The Motion for Turnover Order concerning the IL Municipal Retirement Fund states that
no objection was entered.  I am enclosing copies of my letters previously sent to the
U.S. Attorney and to the Affirmative Litigation Clerk which enters my objection to this
action.

I have not previously been given any written notice that the Nationwide Retirement
Solutions had been contacted to discover my assets as I would have included them in
my objection.

I spoke with Attorney Joseph Stewart on the telephone on Friday, September 19th at
2:15 p.m. in the officer of my Counselor, Mr. Duffy, and he is also a witness to my
conversation wherein I told Attorney Stewart I had objected already in writing to the
judgment inclusion of the IMRF funds and I also told him I objected to the inclusion
of the Nationwide funds as well.  I also told him, I had no funds to hire a lawyer to
represent me, and I requested that the Court appoint one.  I had also requested an
attorney be appointed to represent me in my letters of August 30, 2014.

Thank you.

Very truly yours,

Rita A Crundwell

Rita A. Crundwell

Rita A. Crundwell #44540-424
Federal Correctional Institution-Unit A
P.O. Box 1731
Waseca, MN 56093

August 30, 2014


Nathan Lent, Affirmative Litigation Clerk
U.S. Department of Justice, United States Attorney
Northern District of IL
Dirksen Federal Courthouse
219 South Dearborn Street, 20th Floor
Chicago, IL 60604

RE: U.S. v. Rita Crundwell, 12 CR 50027 (N.D. Ill.)

Dear Mr. Lent:

I have received the copy of the letter regarding the above listed case which is
addressed to the IL Municipal Retirement Fund regarding my pension funds. By
this letter, I wish to object to the inclusion of these funds in the judgment. I
feel these funds should be exempt.

I am currently serving a sentence in the Federal Institution in Waseca, MN, and
have no money or assets to hire an attorney so I ask that the Court appoint one to
represent me.

I would also like to request that the government refrain from publishing my entire
social security number on their documents in the future.

Thank you.

Very truly yours,

*Rita A Crundwell*

Rita A. Crundwell

Rita A. Crundwell #44540-424
Federal Correctional Institution-Unit A
P.O. Box 1731
Waseca, MN     56093

August 30, 2014

Zachary T. Fardon, United States Attorney
U.S. Department of Justice
Northern District of IL
Dirksen Federal Courthouse
219 South Dearborn Street, Fifth Floor
Chicago, IL     60604

RE:  U.S. v. Rita Crundwell, 12CR50027 (N.D. Ill.)

Dear Mr. Fardon:

I have received a copy of the letter addressed to the IL Municipal Retirement
Fund regarding the above case.  By this letter, I wish to object to the inclusion
of these funds in the judgment.   I feel these funds should be exempt.

I am currently serving a sentence in the Federal Institution in Waseca, MN, and
have no money or asets to hire an attorney to represent me, so I ask that the
Court appoint one.

I would also like to request that the government refrain from publishing my entire
social security number on their documents in the future.

Thank you.

Very truly yours,

Rita A Crundwell
Rita A. Crundwell