IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| United States of America,<br>    Plaintiff, | ) Case No. 12 CR 50027-1 |
| vs. | ) |
| Rita A. Crundwell,<br>    Defendant. | ) Judge Philip G. Reinhard |

## ORDER

    For the reasons stated below, judgment is entered in favor of the United States and against third-party citation respondents Shawn and Angela Ortgiesen, jointly and severally, in the sum of $182,580.33.

## STATEMENT-OPINION

    On December 10, 2014, the government filed a petition for relief [198] against third-party citation respondents Shawn and Angela Ortgiesen. The Ortgiesens in response to a citation to discover assets served on them stipulated they had borrowed a substantial sum of money from defendant, Rita Crundwell. The money was received by them from defendant in a series of loans totaling $182,862 with an interest rate of 4%. These loans are all in default. After deducting payments and other credits, the total due as of December 9, 2014 was $181,690 with per diem interest accruing from that date at the rate of $18.17. Pursuant to the judgment in a criminal case [70], entered on February 14, 2013, the court ordered defendant to pay restitution in the amount of $53,740,394.

    On December 19, 2014, the Ortgiesens appeared before the court on the government's petition for relief. The court granted them 30 days to answer or otherwise plead and stated that if no filings were received from them, the court would enter an order granting the government's petition. The 30 days have expired and the Ortgiesens have not answered or otherwise pled.

    Based on the foregoing, the court finds: 1) the Ortgiesens are indebted to defendant (by virtue of a series of loans made by defendant to them) in the sum of $182,580.33 representing the balance due on December 9, 2014 of $181,690 and interest of $18.17 per day through today; 2) the loans from which this indebtedness arose are in default; 3) this indebtedness is an asset of defendant which the government is entitled to enforce in order to apply the amounts received to the outstanding restitution judgment against defendant; 4) the government is entitled to a judgment against the Ortgiesens in the amount of the outstanding principal and accrued interest on these defaulted loans.

    Accordingly, judgment is entered in favor of the United States and against third-party citation respondents Shawn and Angela Ortgiesen, jointly and severally, in the sum of $182,580.33.

Date: 1/27/2015                      ENTER:

                                                            United States District Court Judge