UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | CASE NO. 12 CR 50027 |
| RITA CRUNDWELL, ) | |
| Defendant. ) | |

AFFIDAVIT OF RITA CRUNDWELL

NOW COMES the Affiant, RITA CRUNDWELL, being of legal age and capacity and first duly sworn on oath states that if called to testify herein, would competently testify on personal knowledge of the following:

1. That on or about April 17, 2012, the date that I was arrested, the FBI and US Marshall went through the house in Dixon, the farm in Dixon and the ranch in Beloit, WI and took numerous items including but not limited to clothes, purses, computers, artwork, vehicles, jewelry, sunglasses- all items that ended up being sold on the online auction① Items that they did not want were literally thrown on the ground. The next day, on April 18th, the items that were thrown on the ground were gathered up and returned to their respective locations. During the summer of 2012, the FBI and the US Marshall visited the above 3 areas numerous times, and all items present were photographed and ticketed for future sale. In late August, I was present with Andrea (the head of the Rockford office FBI) and Patrick Gerry. We were again going through the house and the barn office to get these ready for the sale. All items that were "personal", items that were either given to me as a gift (such as a photo of Good I Will Be), or personal photographs (such as photos of some of my dogs and pictures from horse shows) or items that

① In Beloit, items were thrown on the ground taken from the motor home & trailers.
-------------------------------------

were given to me through family (such as my ~~grandmother~~ mother's dishes) were all ~~discarded~~ separated from the ticketed seized items and we were told to take these items or that they would be discarded. At that point, the items that the US did not intend to seize or sell was loaded into trailers and placed into storage at T.D. and L.M.

2. That while executing these seizures, the items being sought now by the Government were neither hidden nor concealed, and were in fact on full display at the premises.

3. The agents made no effort to seize these other personal items or otherwise take them under government control. The FBI agents and Federal Defender's office in fact helped to load the items into trailers to be taken into possession by L.M. and T.D.

4. The cost of storing some of these items is being paid by L.M.

5. Numerous items, including a number of the trophies, are items that I did not even own. Included among these items are trophies won by my ~~grandmother~~ mother and nieces.

6. All of the items that the US now seeks to have turned over are items that were catalogued, observed, photographed and identified, but then elected to relinquish/give away in 2012.

FURTHER AFFIANT SAYETH NAUGHT.

*Rita Crundwell*
Rita Crundwell

CERTIFICATION

Under penalties of perjury, as provided by law pursuant to the Federal Rules of Civil Procedure 33 and 26(b), the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and, as to such matters, the undersigned certifies as aforesaid that she believes the same to be true.

Dated this _____ day of _____, 2015.

*Rita Crundwell*
Rita Crundwell

EXHIBIT A

## NOTICE OF FILING

To: All counsel of record. See attached service list.

PLEASE TAKE NOTICE that on the 9th day of February, 2015, the defendant, Rita Crundwell, caused the attached signed Affidavit (Exhibit A) to Crundwell Response (Document #219) to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Western Division.

> s/Ruth E. Robinson
> Attorney for Defendant
> Ruth E. Robinson Bar Number: 06207546
> SMITHAMUNDSEN LLC
> 308 W. State Street, Suite 320
> Rockford, Illinois 61101
> Phone: (815) 987-0441
> Fax: (815) 987-9897
> Email: rrobinson@salawus.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

All Counsel of record, see attached service list

> s/Ruth E. Robinson
> Attorney for Plaintiff
> Ruth E. Robinson Bar Number: 06207546
> SmithAmundsen LLC
> 308 W. State Street, Suite 320
> Rockford, Illinois 61101
> Phone: (815) 987-0441
> Fax: (815) 987-9897
> Email: rrobinson@salawus.com

## SERVICE LIST

Douglas E. Lee, Esq.
Erhrmann Gehlbach Badger Lee & Considine, LLC
215 East First Street, Suite 100
Dixon, IL 61021
lee@egblc.com

Joseph Carlyle Pedersen
United States Attorney's Office
327 South Church Street
Rockford, IL 61101
joseph.pedersen@usdoj.gov

AUSA-Rockford
United States Attorney's Office
327 South Church Street
Rockford, IL 61101
usailn.ecfrockford@usdoj.gov

MARS
U.S. Marshal
327 South Church Street
Rockford, IL 61101
ILN-Rockford.Docket@usdoj.gov

PRO
Probation Office
327 South Church Street
Rockford, IL 61101
Intake_Docket_ILNP@ilnp.uscourts.gov

PTS
Pre-Trial Services
327 South Church Street
Rockford, IL 61101
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov

Joseph A. Stewart
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500, Chicago, IL 60604
joseph.stewart@usdoj.gov