UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

WESTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 3:12-cr-50027 |
| | ) | Judge Philip G. Reinhard |
| RITA A. CRUNDWELL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| PERCOTT COMPANY, LLC, | ) | |
| IDAL REALTY, LLC, by BRUCE LANS | ) | |
| | ) | |
| Petitioner | ) | |

## STIPULATION FOR DISMISSAL OF PETITIONER'S ANCILLARY CLAIM

WHEREAS, Petitioner Percott Company, LLC, and Idal Realty, LLC, by and through representative Bruce Lans, (hereafter Petitioner) filed a claim to forfeited property (Dkt. 239), specifically, monies used to repair a Cub Cadet Lawn Mower Model 53BB5BBP750, serial number 3F066Z82042;

WHEREAS, As the parties agree that the value of the lawn mower is approximately the cost of the repairs plus $500.00, the United States and Petitioner have agreed on July 22, 2015, to settle this claim by transferring ownership of the above-referenced lawn mower from the United States to Petitioner in exchange for $500.00 payable to the United States of America;

WHEREAS, Under the settlement Petitioner releases all claims to forfeited property, including the claim filed before this Court (Dkt. 239);

NOW THEREFORE, PETITIONER AND THE UNITED STATES HEREBY STIPULATE to dismiss the above-captioned matter with prejudice. This stipulation and dismissal completely terminates the Petitioner's claim in the above-titled action.

The parties hereto also request that this Court retain jurisdiction to enforce the terms and conditions of the settlement and release.

Respectfully submitted,

| | |
|---|---|
| M. Kendall Day, Chief<br>Asset Forfeiture and Money Laundering Section | Percott Company, LLC<br>Idal Realty, LLC |
| By:     /s/<br>Julia E. Jarrett, Trial Attorney<br>Asset Forfeiture and Money Laundering Section<br>U.S. Department of Justice, Criminal Division<br>1400 New York Ave NW<br>Washington, D.C. 20053<br>202-514-5131<br>julia.jarrett@usdoj.gov | By:     /s/<br>Bruce Lans, Petitioner<br>Post Office Box 211<br>South Beloit, Illinois 61080<br>merijranch@gmail.com |

## Certificate of Service

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the defendant.

I also certify that on this date, I mailed the foregoing to Petitioner at:

Bruce Lans
Post Office Box 211
South Beloit, Illinois  61080
Email: merijranch@gmail.com
*Pro Se Petitioner*

*/s/ Julia E. Jarrett*
Julia E. Jarrett
Trial Attorney

Dated:  August 14, 2015

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:12-cr-50027 |
| | ) | Judge Philip G. Reinhard |
| RITA A. CRUNDWELL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| PERCOTT COMPANY, LLC, | ) | |
| IDAL REALTY, LLC by BRUCE LANS, | ) | |
| | ) | |
| Petitioner | ) | |

## ORDER

Based on the stipulation of the parties, and good cause appearing therefor,

The release by Petitioner of all claims and potential claims he has or may have against forfeited property in the above-titled action is hereby APPROVED; and

IT IS ORDERED that this claim be, and hereby is, DISMISSED WITH PREJUDICE.

_____
PHILIP G. REINHARD
United States District Judge

DATED: _____