UNITED STATES OF AMERICA
Plaintiff,

v.  Case No.: 3:12−cr−50027
Honorable Philip G. Reinhard

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 13, 2015:

MINUTE entry before the Honorable Philip G. Reinhard as to Rita A Crundwell (1): Motion hearing held on 10/13/2015 regarding government's agree motion for turnover order [268]. AUSA Joseph Stewart appears on behalf of the government. No other parties are present. Motion for turnover order [268] granted. Enter Order. Mailed notice (ngm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.