UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| SHAWN ORTGIESEN, | ) No. 12 CR 50027 |
| Debtor, | ) |
| | ) Judge Reinhard |
| and | ) |
| | ) |
| FEHR-GRAHAM & ASSOCIATES, | ) |
| | ) |
| Third Party Citation Respondent. | ) |

## TURNOVER ORDER

This matter is before the Court on the agreed motion of the United States for a turnover order. The Court has reviewed the motion and finds as follows:

1. Judgment in the captioned matter was entered in favor of the United States and against the debtor on January 27, 2015. As of September 28, 2015, the debtor has an outstanding balance of $182,788.67.

2. A citation to discover assets directed to the respondent, Fehr-Graham & Associates, was issued on the judgment on June 23, 2015. Statutory notice was given to the debtor on June 25, 2015.

3. The respondent answered the citation on June 30, 2015. The debtor was served with a copy of the answer by the respondent, as reflected in paragraph 9 of the respondent's answer. In its answer, the respondent stated that at the time the citation was served, the respondent had in its possession or under its control wages belonging to the debtor, Shawn Ortgiesen.

4. The debtor objected to the statutory rate of withholding of 25% of the debtor's disposable earnings. The parties have entered into an agreement for a lower withholding rate of 10%

and that any funds withheld by the respondent from the date of service of the citation in excess of the agreed 10% should be refunded to the debtor. The parties further agree that the rate of the wage withholding will automatically increase to 25% of disposable earnings beginning with the debtor's pay period ending on or around July 3, 2016.

5. The Clerk of the Court collects all payments on monetary penalties imposed in criminal cases; accordingly, all payments should have 12 CR 50027 written in the lower left corner of the check and be submitted to:

> Clerk of the Court for the Northern District of Illinois
> 219 South Dearborn Street, 20th Floor
> Chicago, Illinois 60604

It is therefore,

ORDERED that the respondent, Fehr-Graham & Associates, submit to the Clerk of the Court for the Northern District of Illinois: (a) 10% of the debtor's disposable earnings for each pay period since the citation was served and (b) beginning with the debtor's pay period ending on or around July 3, 2016, 25% of disposable earnings; and (b) shall continue such payments until the debt is paid in full, or until the respondent no longer has custody, possession or control of any wages or income belonging to the debtor, or until further order of this Court. Further, the respondent shall refund to the debtor any funds withheld in excess of the agreed 10% of the debtor's disposable earnings for each pay period since the date of service of the citation.

ENTER:

_____
Philip G. Reinhard
United States District Judge

Date: October 7, 2015