USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 3:12-cr-50027 Document #: 109 Filed: 10/26/15 Page 1 of 3 PageID #:464

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN #109 FW<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>12 CR 50027 |
|---|---|
| DEFENDANT<br>Rita Crundwell | TYPE OF PROCESS<br>Preliminary order of forfeiture |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Cindy Grier, Director of Compliance, American Paint Horse Association

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
2800 Meacham Boulevard, Fort Worth, Texas 76137

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| U.S. Attorney's Office<br>219 South Dearborn, Suite 500<br>Chicago, Illinois 60604<br>ATTN: Katie Montgomery, ML/AF | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Please serve via certified mail.

Signature of Attorney other Originator requesting service on behalf of: ✓ PLAINTIFF ☐ DEFENDANT

*Julia Jarrett BR*

TELEPHONE NUMBER: (312) 353-5300
DATE: 10/8/15

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 24 | District to Serve<br>No. 24 | Signature of Authorized USMS Deputy or Clerk | Date<br>10/19/15 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date: 10/23/15
Time: 10:33 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy

**FILED**
OCT 26 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | $4.65 | | | | $69.65 |

REMARKS:

Certified Mail 7009 3410 0000 3427 5737 Executed 10/19/15

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

American Paint Horse Association
c/o ~~Cindy Grier~~
2900 Meacham Boulevard
Fort Worth, TX 76137

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  S. Cox
☐ Agent
☐ Addressee

B. Received by (Printed Name)
S. Cox

C. Date of Delivery
10/15/15

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

FILED
OCT 26 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)
   7009 3410 0000 3427 5737

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE
DALLAS 750
19 OCT '15
PM 1 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

UNITED STATES DEPARTMENT OF JUSTICE
United States Marshals Service
Northern District of Illinois
Seized Assets Division
219 South Dearborn Street, Rm 2444
Chicago, Illinois 60604