The Honorable Philip G. Reinhard, Judge
U.S. Northern District
327 South Church Street
Rockford, IL 61101

April 22, 2020

Honorable Judge Reinhard:

    I have filed for Compassionate Release today, April 22nd, 2020, with Warden Entzel of the Federal Prison Camp located in Pekin, IL. I do not know if he will approve or deny my request, but if the request is denied, I understand under the First Step Act, I would be able to appeal to my sentencing Judge.

    The Attorney General has recently sent a memo to the Bureau of Prisons dated March 26, 2020. This memo is for the "Prioritization of Home Confinement As Appropriate in Response to COVID-19 Pandemic". In this memo, the Attorney General listed 6 areas of criteria to be considered. I fall under all of those items.

- Age & vulnerability of inmate to COVID-19. I am now 67 years old with several health issues including chronic hypertension, high cholesterol, chronic pain from severe scoliosis & a pinched sciatic nerve in lower back causing constant pain & numbness to my toes. I had one hip replaced 8/17 in Carswell Medical Center & the doctor warned the other hip will need to be replaced shortly due to deterioration caused by arthritis. I currently have only 56% of my kidney usage

remaining due to the large amounts of Ibuprofen I was prescribed for the four years by the doctor in Waseca, MN, for the chronic pain I suffered with my hip & lower back pain. I also just had a mass removed, April 20, 2020, from under my right arm that they were afraid might be a malignant tumor due to my long family history of cancer.

- Security level - I am currently located at the Federal Prison Camp in Pekin, IL, which is a low security facility.
- Conduct in prison - my conduct during my over seven years of incarceration has been exemplary. I have never had any infractions & have been referred to as a "model inmate". I have worked the entire time. In Waseca, I was a seamstress for almost four years until I was transferred to Carswell for hip replacement. I never missed a day of work & have never been late even though I could barely limp back & forth to work. You could ask any of my CO's & they would attest to my hard work & great work ethic. Since my time at the Pekin Camp, I worked almost two years in the Kitchen. Any of my CO's there as well as Mr. Kisner, Chief of Food Services, would tell you what a valuable employee I was. I was

recently given a position of trust working in the Training Center. This is a grade 1 position & only two of us work there.

- Inmates score under "Female Pattern Score"; - I am a minimum in both categories. I scored a -22 in the general category & a -9 in the violent category. My score is almost the best possible score allowed. I am enclosing a copy for your review.

- Inmate has a demonstrated & verifiable re-entry plan that will prevent recidivism & maximize public safety, including verification that the conditions under which the inmate would be confined upon release would present a lower risk of contracting COVID-19 than the inmate would face in his or her BOP facility.

I have filed a "Home Release Plan" with my Case Manager. I would release to my single, older brother, Richard Humphrey's, home located on his farm outside city limits. The address is - 1559 Dutch Road, Dixon, IL. He lives by himself & will be able to provide transportation for me as well as any other support I might need. I will apply for Social Security & Medicare. I will also look for any

other employment available as well as helping my brother on his farm. I would be far safer at his farm than I am in this environment especially since several Pekin CO's have gone to serious "hot spots" to help other facilities & now are coming back here to work. The County is constantly increasing the number of cases. Just yesterday, two inmates were taken out of our unit to be quarantined because they went out on a medical trip & it was learned they were exposed to someone testing positive for the virus.

- The inmates crime of conviction & assessment of the danger posed by the inmate to the community. Not to be included for consideration are offenses such as sex offenses.

My crime does not pose a danger to the community. If I am granted home confinement, I will be very low-keyed. I am going to do everything possible to make up for my mistakes. I have taken responsibility for my actions since the first day. I spent several days & weeks working at the Rockford FBI office. I prepared the necessary files & information needed to accomplish the sale of my 405 horses.

page 5

Without my help, they would never have been able to locate, much less identify those horses. Fortunately I was there to overhear a phone conversation where they were going to destroy a horse that had insurance coverage for mortality & major medical. The horse needed surgery, but the "receiver" had the wrong horses' name. I recognized the mistake & luckily Andrea Dobranski was able to save her life. She recovered & was sold in the sale. I also worked the entire time up until the sale on the care & riding of the horses so they remained in good condition so they would bring the best possible prices. You could verify these facts with Ms. Dobrinski if she is still in charge of the Rockford FBI Office.

I will do anything in my power to repay the citizens of Dixon for my crime. I have paid restitution during my entire incarceration. I have had several offers for books & movies. My reply has always been, I would not speak to anyone until I was released & any renumeration would go first to the City of Dixon. I know they have been almost fully repaid with the out-of-court settlement with the auditors &

bank for $40 million along with the over $15 million collected from the sale of my horses & other assets. I also realize I am not given credit for their court settlement. The lady that did the documentary "All the Queen's Horses", recently sold it to Netflix. She has contacted my brother concerning the interest to do a Hollywood movie. My brother explained to her, I would not be interested unless I was released & the entire restitution would be repaid to the City.

Regardless if anything comes from a book or movie arrangement, I want to be a productive member of society. To be a taxpayer instead of a tax burden.

We were told today that the BOP will not look at anyone now unless they have completed 50% of their original sentence. This was never a stipulation until now. With the First Step Act, because of my age, I am only required to serve 2/3's of my sentence. If they based the 50% on that number, I would qualify. Unfortunately they are basing it on the original sentence which makes me two years short of being considered.

The point of this long, plea to you at this time would pray that you would consider the reduction of my sentence at this time to allow me to either qualify under the new 50% requirement or to grant a compassionate release that might possibly be denied by the Warden.

I know at my sentencing, you felt I was not given a death sentence with my projected age at release of 77, but now with my deteriorating health condition & the danger of the COVID-19 pandemic, I feel like I have been given a death sentence.

I have done everything in my power to be a "model inmate". To work as hard as I can & have never complained about my conditions here or the pay we receive. There is never a day that goes by, I do not regret my crime. I feel I have suffered as well as causing my family to suffer as well for my mistakes. I just lost a brother in December to cancer & was not even allowed to attend his death bed or funeral. Please recognize the effort I have made my entire incarceration & allow me to return to my family while I am

still healthy & they are still alive.

I apologize for the length of this letter & the fact it is handwritten as we have been "sheltered in place" since April 1st with no typewriter available.

I pray for your consideration of my appeal. Thank you for your time.

Sincerely,
Rita Crundwell

Rita Crundwell #44540-424
Federal Prison Camp
Pekin, IL


enclosure

# FEMALE PATTERN RISK SCORING

| Register Number: | 44540-424 | Date: | 3/11/2020 | | |
|---|---|---|---|---|---|
| Inmate Name: | CRUNDWELL, Rita A. | | | | |
| **FEMALE RISK ITEM SCORING** | **CATEGORY** | **GENERAL SCORE** | **Enter Score** | **VIOLENT SCORE** | **Enter Score** |
| 1. Current Age<br>> 60<br>Click on gray dropdown box to select, then click on dropdown arrow | > 60 | 0 | 0 | 0 | 0 |
| | 51-60 | 5 | | 1 | |
| | 41-50 | 10 | | 2 | |
| | 30-40 | 15 | | 3 | |
| | 26-29 | 20 | | 4 | |
| | < 26 | 25 | | 5 | |
| 2. Violent Offense (PATTERN)<br>No | No | 0 | 0 | 0 | 0 |
| | Yes | 0 | | 3 | |
| 3. Criminal History Points<br>0 - 1 Points | 0 - 1 Points | 0 | 0 | 0 | 0 |
| | 2 - 3 Points | 8 | | 4 | |
| | 4 - 6 Points | 16 | | 8 | |
| | 7 - 9 Points | 24 | | 12 | |
| | 10 - 12 Points | 32 | | 16 | |
| | > 12 Points | 40 | | 20 | |
| 4. History of Escapes<br>None | None | 0 | 0 | 0 | 0 |
| | > 10 Years Minor | 3 | | 2 | |
| | 5 - 10 Years Minor | 6 | | 4 | |
| | < 5 Years Minor/Any Serious | 9 | | 6 | |
| 5. History of Violence<br>None | None | 0 | 0 | 0 | 0 |
| | > 10 Years Minor | 1 | | 1 | |
| | > 15 Years Serious | 2 | | 2 | |
| | 5 - 10 Years Minor | 3 | | 3 | |
| | 10 - 15 Years Serious | 4 | | 4 | |
| | < 5 Years Minor | 5 | | 5 | |
| | 5 - 10 Years Serious | 6 | | 6 | |
| | < 5 Years Serious | 7 | | 7 | |
| 6. Education Score<br>HS Degree/GED | Not Enrolled | 0 | -6 | 0 | -2 |
| | Enrolled in GED | -3 | | -1 | |
| | HS Degree/GED | -6 | | -2 | |
| 7. Drug Program Status<br>No Need | No DAP Completed | 0 | -12 | 0 | -3 |
| | NRDAP Complete | -4 | | -1 | |
| | RDAP Complete | -8 | | -2 | |
| | No Need | -12 | | -3 | |
| 8. All Incident Reports (120 months)<br>0 | 0 | 0 | 0 | 0 | 0 |
| | 1 | 1 | | 1 | |
| | 2 | 2 | | 2 | |
| | > 2 | 3 | | 3 | |
| 9. Serious Incident Reports (120 months)<br>0 | 0 | 0 | 0 | 0 | 0 |
| | 1 | 1 | | 1 | |
| | 2 | 2 | | 2 | |
| | > 2 | 3 | | 3 | |
| 10. Time Since Last Incident Report<br>12+ months or no incidents | 12+ months or no incidents | 0 | 0 | 0 | 0 |
| | 7-12 months | 2 | | 1 | |
| | 3-6 months | 4 | | 2 | |
| | < 3 months | 6 | | 3 | |
| 11. Time Since Last Serious Incident Report<br>12+ months or no incidents | 12+ months or no incidents | 0 | 0 | 0 | 0 |
| | 7-12 months | 1 | | 1 | |
| | 3-6 months | 2 | | 2 | |
| | < 3 months | 3 | | 3 | |
| 12. FRP Refusal<br>No | No | 0 | 0 | 0 | 0 |
| | Yes | 3 | | 0 | |
| 13. Programs Completed<br>4 - 10 | 0 | 0 | -3 | 0 | -3 |
| | 1 | -1 | | -1 | |
| | 2 - 3 | -2 | | -2 | |
| | 4 - 10 | -3 | | -3 | |
| | > 10 | -4 | | -4 | |
| 14. Work Programs<br>1 Program | 0 Programs | 0 | -1 | 0 | -1 |
| | 1 Program | -1 | | -1 | |
| | > 1 Program | -2 | | -2 | |
| Total Score (Sum of Columns) | | General: | -22 | Violent: | -9 |
| General/Violent Risk Levels | | General: | Minimum | Violent: | Minimum |
| **OVERALL FEMALE PATTERN RISK LEVEL** | | | **Minimum** | | |