IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Judge Philip G. Reinhard |
| | ) | Case No. 12 CR 50027 |
| | ) | |
| RITA A. CRUNDWELL | ) | |

**Motion to Withdraw Motion**
**(Unopposed)**

Rita A. Crundwell by the Federal Defender Program John F. Murphy Executive Director and Paul E. Gaziano one of his assistants moves this Honorable Court to allow her to withdraw the Motion for Relief under the First Step Act which amended the process to seek compassionate release. (R. 283)

1. This Court on 29 April 2020 appointed the Federal Defender Program to represent Ms. Crundwell in her pro se motion seeking Compassionate Release pursuant to 18 U.S.C.§ 3582 (c) (1) (A). (R.288)

2. In that order of appointment, the Court directed counsel to submit a supplement to Ms. Crundwell's motion with any and all supporting documentation or status report by May 15, 2020. This Court extended the May 15, 2020 date to May 29, 2020 (R. 291)

1

3. Counsel has communicated with Ms. Crundwell and in light of actions taken by the warden of the Pekin Correctional Facility, Ms. Crundwell intends to pursue administrative appeal procedures available to her through the Bureau of Prisons.

4. The undersigned has communicated with Assistant United States Attorney Scott Paccagnini who offers no objection to the granting of this motion.

5. Ms. Crundwell requests that she be allowed to withdraw the matter pending before this Court (R. 283) without prejudice.

                                    Respectfully submitted

                                    By: ____/s/_____
                                    Paul E. Gaziano
                                    Attorneys for Defendant

PAUL E. GAZIANO
FEDERAL DEFENDER PROGRAM
401 W. State Street - Suite 800
Rockford, IL 61101
(815) 961-0800