

Nov. 9, 2020

Hon. Philp G. Reinhard
U.S. Northern Dist.
327 S. Church Street
Rockford, IL 61101

Dear Judge Reinhard,

Please forgive the following brief, bullet point thoughts on the Compassionate Release of Inmate #44540-424 (Rita Crundwell), written/submitted on April 22, 2020.

--- Inmate offers no specific details or names of Dixon employees who lost their jobs and its impacts. Did they have to leave Dixon and relocate? Did they suffer financial difficulties? Did their spouses/children suffer because of Inmates actions?

---Inmate offers no specific details regarding her intended "work", on her brother's farm should she be released. Does she speak of raising then donating vegetables or beef to Dixon area food banks? Does she mention working at the local animal shelter cleaning kennels or scrubbing floors at a nursing home during the winter months?

---Inmate repeatedly states that the city of Dixon is nearly made whole because of the sales and settlements. In reality society will never be made whole due to tax money used to investigate, prosecute and incarcerate said inmate.

In closing, I do not live in Dixon. I briefly met Rita Crundwell at a horse show while working as a temp. My fellow show clerks told me Rita will be in shortly to make her show entries. I will know it's Rita because she will most likely be accompanied by her very tall, handsome personal assistant who also works as a professional male model. As a resident of Illinois, living on a very modest farm income, the proud mother of two U. of I. graduates and a farm wife of 35 plus years, I ask the Court that Inmate # 44540-424 be denied her motion for Compassionate Release.

Sincerely,

Jo M. Hendrickson
8300 Hendrickson Rd.
Rochester, IL 62563

1