RECEIVED
NOV 16 2020
JUDGE PHILIP G. REINHARD
UNITED STATES DISTRICT COURT

SPRINGFIELD IL 627
10 NOV 2020 PM 2 T

Hon. Philip G. Reinhard
U.S. Northern Dist.
327 S. Church St.
Rockford, IL
61101

RECEIVED
NOV 16 2020
U.S. MARSHALS